UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08CR10017
        KING

The attached hand-written document
has been scanned and is also available in the
SUPPLEMENTAL PAPER FILE

July 25, 2008

Stewart G. Abrams
Assistant Federal Public Defender
150 W. Flagler Street, Suite 1500
Miami, FL 33101

FILED by _____ D.C.
JUL 29 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

RE: USA vs. Alexis de la Cruz Suarez, Case NO. 08-10017-CR-KING

Dear Mr. Abrams,

I have tried to contact you through letters and family members have also tried calling you but to this point I have heard nothing from you. It has been nearly two (2) months that I have heard anything from you. I would like to build a proper defense and I would need your help to do this. I understand that you might have a large case load but could you make some time to prepare a proper defense for my case. I have found some inconsistencies in the Discovery and really need to go over these things with you. I am still waiting for the statements of all the passengers of the boat which should have been in the Discovery, they were not. I would like a copy forwarded to me for my review. My family spoke to your Secretary about these documents and they were advised that you had sent them but I advise you that I have yet to receive them. I thank you for your time and consideration in the matter. Look forward to hearing from you very soon.

Respectfully,

_____
Alexis de la Cruz Suarez, #77295-004
FDC Miami
P.O. Box 019120
Miami, FL 33101