Filed by CF D.C.
ELECTRONIC
JUL 10, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10017-CR-JLK(s)
8 U.S.C. § 1324(a)(1)(A)(iv)
18 U.S.C. § 982(a)(6)(A)

UNITED STATES OF AMERICA

v.

ALEXIS DE LA CRUZ SUAREZ,

    Defendant.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNTS 1-18

On or about March 12, 2008, upon the high seas and out of the jurisdiction of any particular State or district, with Monroe County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**ALEXIS DE LA CRUZ SUAREZ,**

did knowingly encourage and induce an alien, as set forth in Counts 1 through 18 below, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence is and will be in violation of law:

| Count | Alien |
| --- | --- |
| 1 | Yandre Orihuela Alfonse |
| 2 | L.D.L.C.P. (a minor) |
| 3 | Raquel Caridad Pons Perez |
| 4 | Janella Lazara Garcia |

| Count | Alien |
|---|---|
| 5 | Mario Aguilar Vera |
| 6 | Arnaldo Marcelo Nerey Garcia |
| 7 | Jorge Carlos Ruz Cayado |
| 8 | Alfredo De La Cruz Rodriguez |
| 9 | Lauren Pocino |
| 10 | Jose Adrian Ramos Jusino |
| 11 | Ariacna Marrero Leon |
| 12 | Ali Gonzalez |
| 13 | Luis Alberto Guerra |
| 14 | Reniel De La Cruz Rodriguez |
| 15 | Lazaro Medina Medina |
| 16 | Yanelys Noema Riera Burgois |
| 17 | Diana Asqui Fabelo |
| 18 | Barbaro Laguardia Medina |

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and Title 18, United States Code, Section 2.

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations of Counts 1 through 18 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant has an interest, pursuant to the provisions of Title 18, United States Code, Section 982(a)(6).

2

2. Upon conviction of any of the violations alleged in Counts 1 through 18, the defendant, **ALEXIS DE LA CRUZ SUAREZ**, shall forfeit to the United States (1) any conveyances, including vessel, vehicle or aircraft used in the commission of the aforesaid offenses; (2) any property, real or personal, constituting or derived from or traceable to proceeds obtained directly or indirectly as the result of the aforestated offenses; and (3) any property, real or personal, used to facilitate, or is intended to facilitate, the commission of the aforementioned offenses; pursuant to Title 8, United States Code, Section 1324(b) and Title 18, United States Code, Section 982(a)(6).

All pursuant to Title 8, United States Code, Sections 1324(b), Title 18, United States Code, Section 982(a)(6), and the procedures outlined at Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

CRISTINA PEREZ SOTO
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO.   08-10017-CR-King (s) |
|---|---|
| vs. | |
| ALEXIS DE LA CRUZ SUAREZ, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. | |
| _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

_____ Miami   _X_ Key West   New Defendant(s)   Yes _____   No _X_
_____ FTL     _____ WPB   _____ FTP   Number of New Defendants   0
                                      Total number of counts   0

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take    3    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days       _X_         Petty       _____
   II   6 to 10 days      _____       Minor       _____
   III  11 to 20 days     _____       Misdem.     _____
   IV   21 to 60 days     _____       Felony      _X_
   V    61 days and over  _____

6. Has this case been previously filed in this District Court? (Yes or No)    Yes
   If yes:
   Judge:   King                         Case No.   08-10017-CR-King
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    _____
   If yes:
   Magistrate Case No.   _____
   Related Miscellaneous numbers:   _____
   Defendant(s) in federal custody as of    03/13/2008
   Defendant(s) in state custody as of    _____
   Rule 20 from the   _____   District of   _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____ Yes    _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    _____ Yes    _X_ No

                                    _____
                                    CRISTINA PEREZ SOTO
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Court No. A5501166

*Penalty Sheet(s) attached                                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ALEXIS DE LA CRUZ SUAREZ

**Case No**: 08-10017-CR-King (s)

Counts #: 1-18

Encouraging and Inducing Aliens to Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv)

**\* Max. Penalty**: 5 Years' Imprisonment

Count #:



**\*Max. Penalty**:

Count #:



**\*Max. Penalty**:

Count #:



**\*Max. Penalty**:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.