UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  08-10017-CR-KING(s)(s)

UNITED STATES OF AMERICA

v.

ALEXIS DE LA CRUZ SUAREZ,

                **Defendant.**         /

## GOVERNMENT'S WITNESS LIST

The United States, by and through the undersigned Assistant United States Attorney, files this list of witnesses who may be called by the government:

(1) **Jonathan Hoflich**
U.S. Coast Guard

(2) **Ricardo Padilla**
U.S. Coast Guard

(3) **William Abaunza**
U.S. Customs & Border Protection – GPS

(4) **Ariacna Marrero Leon**
Civilian

(5) **Diana Azcui Fabelo**
Civilian

(6) **Mark Szoboszlay**
U.S. Coast Guard

(7) **Miguel Vilches**
Immigration & Customs Enforcement

(8) **Raquel Caridad Ponce Perez**
Civilian – Deposition

(9) **Alfredo de la Cruz Rodriguez**
Civilian – Deposition

(10) **Reniel de la Cruz Rodriguez**
Civilian – Deposition

(11) **Lazaro Medina Medina**
Civilian – Deposition

The United States reserves the right to call additional witnesses, or refrain from calling witnesses on this list, as circumstances dictate.

Respectfully submitted,

JEFFREY H. SLOMAN
ASSISTANT UNITED STATES ATTORNEY

By:    s/Sivashree Sundaram
Sivashree Sundaram
Assistant United States Attorney
Court No. A5501212
99 N.E. 4th Street
Miami, Florida 33132
Ph:  (305) 961-9430
Fax:  (305) 536-4676
Email: sivashree.sundaram2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via CM/ECF on July 16, 2009.

 s/Sivashree Sundaram
Sivashree Sundaram
Assistant United States Attorney

2