UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CRIMINAL MINUTES

UNITED STATES OF AMERICA                    Case No. 08-10017-CR-KING
                                            Date     July 20, 2009
vs.

ALEXIS DE LA CRUZ SUAREZ                    JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams    COURT REPORTER: Stephen Franklin

**TYPE OF PROCEEDING: 1sr DAY JURY TRIAL**

Status Conference _____ Calendar Call _____ Other _____
Oral Argument: _____

Counsel for Plaintiff: Sivashree Sundaram, AUSA Adam Schwartz, AUSA

Counsel for Defendant: Stewart Abrams, AFPD.

Motion - **Granted**/Denied/Taken Under Advisement
    **Plaintiff's Ore Tenus Motion to Dismiss counts 2, 4, & 9**

ORAL ARGUMENT ON MOTION TO BE SET FOR: _____

TRIAL SET FOR: _____

LOCATION: **KEY WEST**

STATUS CONFERENCE SET FOR: _____

TRIAL CONTINUED TO: _____

SURRENDER DATE: _____

- 1st ay Jury Trial Held
- Voir Dire of Jury Began
- Jury Panel Selected and Sworn
- Opening Statements Held
- Government's case presented
- Court in recess until 7/21/2009 @ 9:00 AM