UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>08-10017-CR-KING(s)(s)</u>

UNITED STATES OF AMERICA

v.

ALEXIS DE LA CRUZ SUAREZ,

    **Defendant.**
_____/

## VERDICT

We, the Jury, unanimously find the Defendant, as to Count 1 of the Second Superseding Indictment:

    GUILTY __X__        NOT GUILTY ____

We, the Jury, unanimously find the Defendant, as to Count 3 of the Second Superseding Indictment:

    GUILTY __X__        NOT GUILTY ____

We, the Jury, unanimously find the Defendant, as to Count 5 of the Second Superseding Indictment:

    GUILTY __X__        NOT GUILTY ____

We, the Jury, unanimously find the Defendant, as to Count 6 of the Second Superseding Indictment:

    GUILTY __X__        NOT GUILTY ____

We, the Jury, unanimously find the Defendant, as to Count 7 of the Second Superseding Indictment:

    GUILTY __X__        NOT GUILTY ____

We, the Jury, unanimously find the Defendant, as to Count 8 of the Second Superseding Indictment:

    GUILTY  X   NOT GUILTY _____

We, the Jury, unanimously find the Defendant, as to Count 10 of the Second Superseding Indictment:

    GUILTY  X   NOT GUILTY _____

We, the Jury, unanimously find the Defendant, as to Count 11 of the Second Superseding Indictment:

    GUILTY  X   NOT GUILTY _____

We, the Jury, unanimously find the Defendant, as to Count 12 of the Second Superseding Indictment:

    GUILTY  X   NOT GUILTY _____

We, the Jury, unanimously find the Defendant, as to Count 13 of the Second Superseding Indictment:

    GUILTY  X   NOT GUILTY _____

We, the Jury, unanimously find the Defendant, as to Count 14 of the Second Superseding Indictment:

    GUILTY  X   NOT GUILTY _____

We, the Jury, unanimously find the Defendant, as to Count 15 of the Second Superseding Indictment:

    GUILTY  X   NOT GUILTY _____

We, the Jury, unanimously find the Defendant, as to Count 16 of the Second Superseding Indictment:

GUILTY  X           NOT GUILTY _____

We, the Jury, unanimously find the Defendant, as to Count 17 of the Second Superseding Indictment:

GUILTY  X           NOT GUILTY _____

We, the Jury, unanimously find the Defendant, as to Count 18 of the Second Superseding Indictment:

GUILTY  X           NOT GUILTY _____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Key West, Florida,

this 23 day of July, 2009.

