# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

ALEXIS DE LA CRUZ SUAREZ

## EXHIBIT AND WITNESS LIST

Case Number: 08 - 10017-CR-KING

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JAMES LAWRENCE KING | ADAM SCHWARTZ / SIVASHREE SUNDARAM | Stewart Abrams, AFPD |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| July 20 - | Stephen Franklin | Joyce M. Williams |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 7/20/09 | ✓ | | Johnathan Hoflich (Sworn) |
| 3 | | 7/20/09 | ✓ | 7/20/09 | Map |
| 4 | | 7/20/09 | ✓ | 7/20/09 | Video of 3/12/2008 interdiction |
| 5 | A | 7/20/09 | ✓ | 7/20/09 | Photo |
| 5 | B | 7/20/09 | ✓ | 7/20/09 | Photo |
| 5 | D | 7/20/09 | ✓ | 7/20/09 | Photo |
| 5 | E | 7/20/09 | ✓ | 7/20/09 | Photo |
| ✓ | | 7/20/09 | | | Ricardo Padilla (Sworn) |
| 7 | | 7/20/09 | ✓ | 7/20/09 | GPS Device |
| 20 | | 7/20/09 | ✓ | 7/20/09 | |
| 6 | | 7/20/09 | ✓ | 7/20/09 | Photo |
| 10 | | 7/20/09 | ✓ | 7/20/09 | Identification Cards |
| ✓ | | 7/20/09 | | | Arianna Marrero Leon (Sworn) |
| 8 | | 7/20/09 | ✓ | 7/20/09 | Photo |
| ✓ | | 7/21/09 | | | William Abaunza (Sworn) |
| 12 | | 7/21/09 | ✓ | 7/21/09 | GPS device tracking, Route, and waypoint data |
| 13 | | 7/21/09 | ✓ | 7/21/09 | Charts depicting GPS Active tracking data 3/11/2008 |
| 14 | | 7/21/09 | ✓ | 7/21/09 | Charts depicting GPS Active tracking data 3/12/2008 |
| 21 | | 7/21/09 | ✓ | 7/21/09 | |
| 22 | | 7/21/09 | ✓ | 7/21/09 | |
| ✓ | | 7/21/09 | | | Mark Szoboszlay (Sworn) |
| 15 | | 7/21/09 | ✓ | 7/21/09 | Certified Judgment and Commitment |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of **2** Pages

AO 187A (4/82)     EXHIBIT AND WITNESS LIST — CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES | DOCKET NO. 08-10017-CR-KING |
|---|---|---|---|---|---|---|
| | | | | | United States of America vs. Alexis De La Cruz Suarez | |
| ✓ | | 7/21/09 | | | Diana Azcui Fabelo (Sworn) Rebuttal Witness | |
| 9 | | 7/22/09 | 7/22/09 | 7/21/09 | Letter | |
| | ✓ | 7/21/09 | | | Jonathan Hoflich | |
| | A | 7/21/09 | ✓ | 7/21/09 | Photo | |
| | B | 7/21/09 | ✓ | 7/21/09 | Photo | |
| | C | 7/21/09 | ✓ | 7/21/09 | video Deposition | |
| | D | 7/21/09 | ✓ | 7/21/09 | video Deposition | |
| | E | 7/21/09 | ✓ | 7/21/09 | video Deposition | |
| | F | 7/21/09 | ✓ | 7/21/09 | video Deposition | |
| | C-1 | 7/21/09 | ✓ | 7/21/09 | transcript | |
| | D-1 | 7/21/09 | ✓ | 7/21/09 | transcript | |
| | E-1 | 7/21/09 | ✓ | 7/21/09 | transcript | |
| | F-1 | 7/21/09 | ✓ | 7/21/09 | transcript | |
| | ✓ | 7/22/09 | | | Yandri Orihuela Alfonso (Sworn) | |