```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                      Case No. 08-10017-CR-KING
 3
    UNITED STATES OF AMERICA,    )
 4                               )
           GOVERNMENT,           )
 5                               )
           -v-                   )
 6                               )
    ALEXIS DE LA CRUZ SUAREZ,    )
 7                               )
           DEFENDANT.            )   Key West, Florida
 8                               )   July 20, 2009
    _____)
 9

10        TRANSCRIPT OF CALENDER CALL, VOIR DIRE AND OPENING

11          STATEMENTS, TAKEN AT THE JURY TRIAL PROCEEDINGS

12              BEFORE THE HONORABLE JAMES LAWRENCE KING

13                    UNITED STATES DISTRICT JUDGE

14

15   Appearances:

16   FOR THE GOVERNMENT          Adam Schwartz, AUSA, and
                                 Sivashree Sundaram
17                               99 Northeast 4th Street,
                                 Miami, FL 33132
18

19   FOR THE DEFENDANT           Stewart G. Abrams, AFPD
                                 150 West Flagler Street,
20                               Miami, FL 33130

21

     Reporter                    Stephen W. Franklin, RMR, CRR, CPE
22   (561)514-3768               Official Court Reporter
                                 701 Clematis Street, Suite 417
23                               West Palm Beach, Florida  33401

24

25
```

```
 1        (Call to the order of the Court.)

 2              THE COURT:  Thank you.

 3              Be seated, please.

 4              All right.  Good morning.  We have a calendar call

 5    I think is the first thing this morning.

 6        (The Court heard an unrelated case, after which the

 7    following proceedings were had:)

 8              THE COURT:  United States versus De La Cruz Suarez

 9    and others.  We have for the Government?

10              MR. SCHWARTZ:  Good morning, Your Honor.  Adam

11    Schwartz, on behalf of the United States.

12              THE COURT:  Good morning.

13              MR. ABRAMS:  Good morning, Your Honor.  Stewart

14    Abrams, Assistant Federal Defender, on behalf of Mr. De La

15    Cruz Suarez.

16              THE COURT:  Is your microphone working?

17              MR. ABRAMS:  I'm sorry, Judge.  I should have held

18    it up.

19              Mr. De La Cruz is in custody.  Oh, there he is.  I

20    didn't recognize him in a suit.

21              We're ready for trial, Judge.

22              THE COURT:  All right.  And how long, Gentlemen?

23    Mr. Suarez and Mr. Abrams, how long will your case take to

24    try?  We've got a single defendant trial?

25              MR. ABRAMS:  Yes, sir.
```

1           MR. SCHWARTZ:  Two days, Your Honor.

2           THE COURT:  All right.  Is that reasonable?

3           MR. ABRAMS:  I believe so, Judge.  The only reason

4    that this could be a little longer than the -- than one of

5    the typical alien smuggling trials is because this was one of

6    the cases that we went to Cuba on, and the testimony of four

7    witnesses will be presented by deposition -- videotape

8    deposition.  Those depositions are approximately four hours

9    in length.

10          THE COURT:  And there are -- total four?

11          MR. ABRAMS:  Total, yes, sir.

12          THE COURT:  All right.

13      (The Court heard an unrelated matter, after which the

14    following proceedings were had:)

15          THE COURT:  Mr. Abrams.

16          MR. ABRAMS:  Yes, sir.

17          THE COURT:  I don't want to be caught here at 1:30

18    with everybody standing up and this case is over.

19          MR. ABRAMS:  Yes, sir.

20          THE COURT:  It is going to go to trial as far as

21    you're aware?

22          MR. ABRAMS:  Yes, Your Honor.  We talked resolution

23    as recently as last evening, and Mr. De La Cruz is set on

24    going to trial.

25          THE COURT:  Okay.  That's fine.

1          Mr. Schwartz, do you --

2          MR. SCHWARTZ:  Your Honor, I forgot to mention to

3     the Court before prior to beginning trial, there's a second

4     superseding indictment that was returned by a grand jury on

5     Friday of last week.  So Mr. De La Cruz Suarez would need to

6     be arraigned.

7          THE COURT:  How has it been -- what has been the

8     change in the indictment?

9          MR. SCHWARTZ:  Minor typographical errors to

10    certain names.

11         THE COURT:  Then otherwise we just sever it out and

12    go on.  I don't take superseding indictments at the last

13    minute, you know.  We've had months to get this.  I read over

14    it, looked over it.  Mr. Allison, my clerk, looked over it.

15    I said, "what's the change?"  He says, looks like to me it's

16    typographical or just a change of some spelling of a name or

17    something."

18         Is there any difficulty with waiving indictment and

19    going forward with that, or do you want to sever it out and

20    want to come back here next week and try him again on that

21    one?

22         MR. ABRAMS:  No, sir, we're fine.  I know -- I

23    understand that we could be entitled to 30 days between the

24    arraignment and trial.

25         THE COURT:  Or a severance, which doesn't -- we

 1   don't give 30-day --

 2            MR. ABRAMS:  No problem.

 3            THE COURT:  I know you're not.  I want the -- I

 4   know you know, I just want Mr. Schwartz to be aware and learn

 5   the procedure, because, you know, the U.S. Attorney's Office

 6   is not used to that.

 7            When I came on this court 40 years ago it was

 8   common practice for the U.S. Attorney's Office to supersede

 9   at the last minute and stand up and say, "oh, Judge, we need

10   a recess," you know, and Judge Fay and I put a stop to that,

11   and that doesn't -- we just sever them out.  You can indict

12   it as many times as you want to, but it doesn't delay a set

13   trial with full notice.

14            And I know Mr. Schwartz didn't do it for that

15   purpose, but it used to be that was the reason.  All that

16   nonsense and game playing stopped.  So I don't fiddle with

17   it.  If you want to indict late, fine.  Now, if you change

18   the substance of it, then I would just sever it out in the

19   superseding indictment, and we'll try it whenever you want to

20   later on, but we go forward with this trial.

21            MR. SCHWARTZ:  And, Your Honor, one last --

22            THE COURT:  Now, is this -- let's make sure now.

23   Mr. Abrams, on behalf of your client who's present in court,

24   you're waiving this arraignment on this typographical error

25   that's been changed in the superseding indictment?

1           MR. ABRAMS:  Yes, sir.

2           THE COURT:  And ready to go forward on the

3    superseding and the original indictment today as scheduled?

4           MR. ABRAMS:  I believe there's a second

5    superseding.  Yes, we are.  Well, on the last indictment just

6    returned we are ready to go.

7           THE COURT:  All right.  Fine.

8           You understand, Mr. Schwartz, what he's talking

9    about?

10          MR. SCHWARTZ:  Absolutely, Your Honor.

11          THE COURT:  And you have no disagreement with that;

12   is that correct?

13          DEFENDANT'S ATTORNEY:  Not at all, Your Honor.

14   We're ready to proceed.

15          THE COURT:  All right.  Fine.  Okay.

16          MR. SCHWARTZ:  Your Honor, I hate to raise another

17   issue.

18          THE COURT:  That's what we're here for.

19          MR. SCHWARTZ:  Briefly, Your Honor.  Over the

20   weekend, we realized a certain issue, we needed to dismiss

21   three counts in that indictment.  Counts 2, 4, and 9 we would

22   move to dismiss.

23          THE COURT:  Let me see the indictment.

24          You want to dismiss three counts of this

25   indictment?  The first superseding indictment.  We've had two

Page 7

```
 1    superseding indictments.  You want to dismiss counts what?

 2    Two, 3, and 4?

 3              MR. SCHWARTZ:  Two, 4, and 9.

 4              THE COURT:  You have no objection?

 5              MR. ABRAMS:  No, sir.

 6              THE COURT:  Two, 4 and 9 are dismissed.

 7              All right.  What else?

 8              MR. SCHWARTZ:  That's everything, Your Honor.

 9    Thank you very much.

10         (Brief pause in proceedings.)

11              THE COURT:  All right.  We will excuse the

12    attorneys who wish to leave on the U.S. versus De La Cruz

13    Suarez case, 08-810017-Criminal, until 1:20 this afternoon.

14    We'll commence promptly at 1:30 picking a jury in that case.

15         (The Court heard several unrelated matters, after which

16    the following proceedings were had:)

17              THE COURT:  All right.  I believe that that brings

18    us back to the jury trial with not very good timing on my

19    part.  I scheduled it at 1:30 this afternoon.  We could be

20    half done with the case.

21              All right.  1:30 this afternoon.  Try to be here a

22    little bit early.  We will start very promptly at 1:30.

23              And, Joyce, you notify, please, Christine

24    immediately so that she'll know that I want them right here

25    at 1:30.  We're going to start at 1:30.
```

1          THE COURTROOM DEPUTY:  Yes, Judge.

2          THE COURT:  All right.

3      (A recess was taken from 10:25 a.m. to 1:32 p.m.)

4      (The venire enters the courtroom, after which the

5   following proceedings were had:)

6          THE COURT:  Well, good afternoon, ladies and

7   gentlemen.  We are going to select several juries this week,

8   but this afternoon we have the first case is United States of

9   America versus Alexis De La Cruz Suarez.

10          As your names are called, would you kindly step

11   forward and take a seat in the jury box with the marshal,

12   with the first seat being the one closest to me right here,

13   seat number 1 through 6 on the first row, and then 6 on the

14   12, and then the two alternates later on.

15          All right.  Would you please call the names of the

16   jurors.

17          THE COURTROOM DEPUTY:  Yes.

18          Homer Rogers, Jr., Sandra Hurtubise, Sarah Heeter,

19   Anna Lichvar, Timothy McDowell, Thomesha Marie Milian, David

20   Turner.

21          THE COURT:  Ma'am, if you would come down the front

22   here and take this seat in the second row.  Either way you

23   want to go, but that's easier.  Just take a seat in the

24   second row, please.  Thank you, young lady.

25          Sir, you take the seat on your right.  The others

1   can come in that way.

2            Keep calling.

3            THE COURTROOM DEPUTY:  Rene Romo, Gary Someillan.

4            THE COURT:  I think the back row is easier.  Thank

5   you, ma'am.

6            THE COURTROOM DEPUTY:  Debra Delia, Melissa Grady,

7   and Francine Gelman.

8            We got too many there, did we?

9            THE COURT:  Why don't we put that lady in the first

10  row.  No, let's don't shift all these people around.  No, no.

11  Let that lady --

12           Joyce, you stay out of it for a minute.

13           Come on around and take a seat in spot number 6.

14  I'm sorry, ma'am, you were heading for that and I changed it.

15  That's my fault.

16           All right.  That's where we are.

17           Now, ladies and gentlemen of the jury, this is a

18  criminal case, as distinguished from a civil case.  So I will

19  tell you about the indictment in this case.

20           First of all, let me introduce the parties.  We

21  have for the United States in this matter Mr. Schwartz,

22  Assistant U.S. Attorney Schwartz, standing here, and we have

23  Ms. Sundaram, Assistant U.S. Attorney, standing here.  They

24  will represent the Government in this case.

25           We have Mr. Stewart Abrams standing here, and he

1   has with him?

2          MR. ABRAMS:  Good morning -- good afternoon, ladies

3   and gentlemen of the jury.  This is Louis Fernandez, who is

4   an investigator with the Office of the Federal Public

5   Defender, and this is Alexis De La Cruz Suarez, which is the

6   individual charged in this case.

7          THE COURT:  Do any of the 12 of you know any of the

8   people I've just introduced to you?

9          All right.  Now, let me tell you about the charges

10  the Government has brought against the Defendant.  They've

11  charged the Defendant with being involved with a conspiracy

12  with three other people, Eduardo Viera, Dolis Carmenate --

13         MR. ABRAMS:  Your Honor, that's the other case.

14         THE COURT:  That's the other case.

15         All right.  Where's my indictment in this case?  Is

16  this it, the superseding indictment?

17         THE COURTROOM DEPUTY:  Yes, Judge.

18         THE COURT:  Excuse me.  Please strike that.  We had

19  a series of cases this morning that I dealt with, and we are

20  now starting to try them.  I had referred to the wrong one.

21  Please disregard what I just told you.

22         This case, criminal case, involves one defendant,

23  Mr. Alexis De La Cruz Suarez.  In the superseding indictment

24  he is charged with a number of counts, 18 counts.  I'm not

25  going to go through all of this with you at this time.

1    You'll hear about it as the trial moves on.  But basically

2    he's charged on March 12th, 2008, upon the high seas, with

3    Monroe County being the district to which he was first

4    brought, he's charged with inducing and encouraging aliens to

5    come to, enter into the United States, knowing and in

6    reckless disregard of the fact that coming to, entry and

7    residence is and will be or would be in violation of law.

8            Now, there are -- three counts have been dismissed,

9    so there are 15 counts remaining, and the counts simply

10   involve the names of people, the names of people that were

11   allegedly on the boat where he was stopped and seized out on

12   the high seas.  And I'm not going to run through all these

13   names.  They're all Hispanic names, Hispanic-sounding names.

14           Count 1, Yandre, and I can't pronounce it, the last

15   name Alfonso.  Count 3, Raquel Caridad Pons Perez, and so on,

16   through a number of people.  And those -- it's one count in

17   each one.  Each alleged alien that is not a citizen of the

18   United States that was on the boat that was being brought in

19   is the subject of a count.  That's why we have 15 counts.

20           The forfeiture matters will be handled in the usual

21   and traditional manner of reserving until after the decision

22   by the jury on the guilt or innocence?

23           MR. ABRAMS:  Yes, sir.

24           THE COURT:  All right.  The Government agree?

25           MR. SCHWARTZ:  Yes, Your Honor.

1            THE COURT:  Now, then, those are the charges

2     brought against the Defendant.  The Defendant has pled not

3     guilty to the charges, and it will be up to you folks to

4     decide the disputed issues of fact and to vote on the guilt

5     or innocence of the Defendant, or the guilt or nonguilt of

6     the Defendant, whether or not you -- you will decide whether

7     the Government has proven beyond and to the exclusion of all

8     reasonable doubt the charges contained in Counts 1 through

9     15, or whatever the number of counts are, about this alleged

10    alien smuggling.  And that's what the case is all about.

11            At the end of the day, you will listen to the

12    witnesses here.  I understand there's a lot of television and

13    stuff for you to watch here, movies, whatever.  I don't know

14    whether -- I don't think we progressed to the status of high

15    technology that we have automatically popcorn, but maybe

16    that's coming, too, I don't know.  Used to be you'd listen to

17    a person, they'd tell you what happened, you would talk about

18    it among yourselves and decide.  Now we gotta watch movies,

19    but we're apparently going to do that.  That's routine these

20    days; that's happening.  That's nothing that you hold against

21    anybody, it's just my own predilection.  I'd rather you heard

22    people instead of movies, but they can't help it sometimes;

23    there it is.

24            You will be watching movies, listening to

25    witnesses, and then you'll decide which witnesses you

Page 13

1     believe.  Whether they testify through a movie or whether

2     they come in person doesn't matter.  You evaluate their

3     testimony, decide their credibility, decide whether or not

4     the Government has met its burden of proof, which is beyond

5     and to the exclusion of all reasonable doubt, and then render

6     your verdict.  You listen to the argument of counsel and the

7     instructions on the law.  Now, I believe and presume that all

8     of you can do that.

9            The case will take a couple days, day and a half,

10    two days to try, and then you'll be finished until we need

11    you for probably the next case.  We're going to -- we have

12    several cases here, and some of you will be on some or all.

13    All of you will serve sooner or later during the week.  This

14    case is a day and a half, two days, maybe.

15           Do all of you believe you can do what I've

16    indicated, which is to listen to the evidence and decide it

17    fairly and objectively based on the evidence?  Can all of you

18    do that?  Good.

19           All right.  We're going to ask you a few questions

20    about your background, very short and simple.  After the

21    first two or three, about the time we get to juror number 4,

22    the lady that just got comfortable there in her chair, by the

23    time we get to you, you just go ahead and tell me the answers

24    to the questions.  I mean, you'll know them by heart by then.

25    Okay?  She's looking around.  She's not sure.  One, two,

Page 14

1    three, four.  I'm teasing you, ma'am.  You don't have to

2    worry about it.  I'll ask questions if you forget.  All of

3    you, I'm going to do all.  But after the first two or three,

4    just go ahead and volunteer is what I'm asking you to do.

5              Give it to the first one.  I'll go through the

6    questions.

7              Tell me your name and where you live.  I don't need

8    your street address, I just, you know, Key West, Big Pine,

9    whatever.

10             PROSPECTIVE JUROR:  Homer Rogers, Jr., Lower

11   Matecumbe.

12             THE COURT:  Good.

13             How long have you lived in the Keys?

14             PROSPECTIVE JUROR:  Since '79.

15             THE COURT:  What do you do for a living?

16             PROSPECTIVE JUROR:  Maintenance engineer for The

17   Green Turtle.

18             THE COURT:  And you've worked there about how long?

19             PROSPECTIVE JUROR:  Two years.

20             THE COURT:  Good.

21             What was your home before moving to the Keys?

22             PROSPECTIVE JUROR:  Daytona.  Before that, Kendall

23   (phonetic), South Carolina.  I was born in South Carolina.

24             THE COURT:  I see.

25             Tell us about family.  Married?  Children?

1           PROSPECTIVE JUROR:  Married.  I was married;

2    divorced.  I have an 18-year-old son.

3           THE COURT:  Okay.  All right.  Do you have any

4    close friends or relatives, but close friends -- and by that

5    I mean somebody that you, you know, see and have a hamburger

6    with every -- I mean, talk to regularly about their jobs?

7    That's what we're really getting -- but do you have any close

8    friends that are in law enforcement, particularly with, oh,

9    the Coast Guard or the --

10          PROSPECTIVE JUROR:  No.

11          THE COURT:  -- DEA or Navy or even the city police

12   or anything like that?  Because we may have some --

13          PROSPECTIVE JUROR:  There's a chef at -- also Kiao

14   (phonetic).  I work at Kiao also.  It's a sushi place, and

15   one of the chefs there is a police captain.

16          THE COURT:  Okay.  All right.  Do you talk to him

17   about arrests he makes or work he does, anything like that on

18   a regular basis?

19          PROSPECTIVE JUROR:  No, sir.

20          THE COURT:  Okay.  Your friendship with him, if I

21   told you not to let that affect your verdict in this case,

22   can you do that?

23          PROSPECTIVE JUROR:  Yes.

24          THE COURT:  Sure.

25          All right.  Do you believe you can be fair and

1    impartial in this case?

2              PROSPECTIVE JUROR:  Yes.

3              THE COURT:  Do you have -- let me ask one other

4    general question.

5              Do you have any friends or relatives here in the

6    Keys or elsewhere that -- but this is where it might be,

7    because there's been a lot of activity of people who are

8    charged with this sort of offense in the Keys.  Do you have

9    any close friends or relatives that have ever been involved

10   with a case like this, either police officers or Coast Guard,

11   that may have interdicted a ship or somebody that may have

12   been arrested or indicted for being involved in, or anything

13   like that, that would prejudice you in this case?  Anything

14   like that?

15             PROSPECTIVE JUROR:  No.

16             THE COURT:  Good.

17             You may hand it to the lady.

18             Your name and where you live.

19             PROSPECTIVE JUROR:  My name is Sandra Hurtubise,

20   and I live in Marathon.

21             THE COURT:  And how long?

22             PROSPECTIVE JUROR:  I've been there since 1993.

23             THE COURT:  Okay.  Where was your home before that?

24             PROSPECTIVE JUROR:  Buffalo, New York.

25             THE COURT:  Married?  Children?

1              PROSPECTIVE JUROR:  Yes, I'm married.  I have two

2      children and three stepchildren.

3              THE COURT:  Do any of them work in law enforcement?

4      Any of your children or your husband?

5              PROSPECTIVE JUROR:  No, sir.

6              THE COURT:  What does your husband do?

7              PROSPECTIVE JUROR:  My husband is retired also, and

8      he fishes.

9              THE COURT:  And what -- and are you retired?  A

10     housewife?

11             PROSPECTIVE JUROR:  Yes, I am retired, sir.

12             THE COURT:  All right.  What was your work before

13     you retired, you and your husband?

14             PROSPECTIVE JUROR:  My husband owned his own

15     automotive business, and I worked for the Marriott

16     Corporation in the accounting department.

17             THE COURT:  And that was in Baltimore?

18             PROSPECTIVE JUROR:  Buffalo, New York.

19             THE COURT:  Okay.  Do you and your husband have any

20     next-door neighbors or close friends that you talk to all the

21     time about law enforcement work or anything like that?

22             PROSPECTIVE JUROR:  No, sir.

23             THE COURT:  Any reason you could not be fair and

24     objective, listen to the evidence, listen to the argument of

25     the lawyers, listen to my instructions on the law and go out

1    and talk with these other people and reach a verdict?  Can

2    you do that, ma'am?

3              PROSPECTIVE JUROR:  Yes, sir.

4              THE COURT:  Thank you.

5              Next lady.

6              PROSPECTIVE JUROR:  Hello.  My name is Sarah

7    Heeter.  I live in Key Largo, Florida.  I've lived in the

8    Keys since 1985.  I came from Warren, Pennsylvania.  I work

9    at The Reporter newspaper.  I've worked there for ten years.

10   My husband is a property caretaker down on Islamorada, and I

11   do not know anybody in law enforcement or in the Coast Guard.

12             THE COURT:  Okay.  In your work with the newspaper,

13   do you from time to time report upon people charged with

14   crime or --

15             PROSPECTIVE JUROR:  I work in the classified

16   department, so I take ads, but it's a small office.  So I am

17   pretty privy to a lot of different information on happenings

18   throughout the Keys.

19             THE COURT:  Right.

20             Would any of that in your opinion, your judgment,

21   carry over and affect or influence your verdict on

22   credibility and believability, things like that?

23             PROSPECTIVE JUROR:  I don't believe so.

24             THE COURT:  Good.

25             The next lady.

 1            PROSPECTIVE JUROR:  Hi.  My name is Anna Lichvar,

 2    and I live in the Keys from 1995.  I move from

 3    Czechoslovakia, and my little concern is about if I

 4    understand everything in English, because some words there

 5    are difficult for me to understand.

 6            I work as a server.  I have two kids.  I don't have

 7    nobody who's working for law enforcement.

 8            THE COURT:  You work as a server.  What --

 9            PROSPECTIVE JUROR:  Restaurant.

10            THE COURT:  Restaurant.

11            And what about -- husband?

12            PROSPECTIVE JUROR:  As well.

13            THE COURT:  He works there, too?

14            PROSPECTIVE JUROR:  Yeah.

15            THE COURT:  Is it here in Key West, the restaurant?

16            PROSPECTIVE JUROR:  No, Key Largo.

17            THE COURT:  All right.  Have you been able to

18    understand fairly well what I've been saying to the jury?

19            PROSPECTIVE JUROR:  Yeah, but I've been in

20    Tavernier in court, and sometimes, you know, some words, you

21    know, were difficult, I never probably heard.  I don't know

22    exactly what it means.

23            THE COURT:  If we have an agreement here, a little

24    friendly agreement with you and me and the lawyers, if they

25    get into something that's going too fast or you don't

Page 20

 1    understand, if you hold up your hand and I'll slow

 2    everybody --

 3           PROSPECTIVE JUROR:  That's my little concern.  Just

 4    make sure I'm fair.

 5           THE COURT:  I appreciate that.  We all do.  But

 6    we'll do it that way.  If you're having any difficulty at

 7    all, just -- and we'll repeat it or we'll slow it down.

 8           I think you've been able to understand what I've

 9    been saying, haven't you?

10           PROSPECTIVE JUROR:  So far.

11           THE COURT:  Good.  Very good.

12           Do you believe you can be fair and impartial?

13           PROSPECTIVE JUROR:  I hope so.

14           THE COURT:  Thank you.

15           Next person.

16           PROSPECTIVE JUROR:  Timothy McDowell, Your Honor.

17    I live in Big Pine Key.  I moved here in 2000 from north

18    Georgia.  I currently work at the naval air station as the

19    base locksmith.

20           I do have some people that in a working

21    relationship are Coast Guard, because I have to support Coast

22    Guard, all those different agencies down here.

23           I'm not currently involved in any kind of case

24    involving anything.  I haven't directly been involved in any

25    case similar to this, other than the fact that I'm attached

1    to the base, and we have had landing on the base.  I haven't

2    been there when that's happened or been part of the parties

3    that were involved at that time.

4                    I believe I can be impartial in this case.

5                    THE COURT:  Terrific.

6                    Next lady.

7                    PROSPECTIVE JUROR:  Hi.  My name is Francine

8    Gelman.  I've been living here in the Keys since 2003.  I'm

9    originally from Chicago, Illinois.

10                   My husband and I own a jewelry store on Duval

11   Street.  I live part-time in Key West, part-time on Ramrod

12   Key, and I have two adult children.

13                   THE COURT:  Okay.  Any close friends in law

14   enforcement or with the federal government, law

15   enforcement-type?

16                   PROSPECTIVE JUROR:  Not necessarily friends.  I

17   have customers that are, and I had a renter once that was,

18   but no one that I really have close associations with.

19                   THE COURT:  Sure.

20                   Well, what I'm really getting at is if you --

21   somebody like a next-door neighbor, and y'all cooked out a

22   couple times a month, and you sat around and you talked and

23   you listened to them talk about their cases, or, gee, let me

24   tell you about this or that.

25                   PROSPECTIVE JUROR:  Right.

```
 1              THE COURT:  And that might -- then the question
 2    would be would any of that affect your verdict here today.
 3    That's what we're really getting at.  I take it that there's
 4    nothing with your customers that come in that would in any
 5    way carry over and affect your verdict as far as you know?
 6              PROSPECTIVE JUROR:  Right.  No, that's correct.
 7              THE COURT:  Hand it to the lady behind you,
 8    number 12.
 9              PROSPECTIVE JUROR:  My name is Melissa Grady.  I'm
10    from Marathon.  I've lived there for 11 years.  I'm
11    originally from Richmond, Virginia.  I'm a business
12    development officer at Centennial Bank.  I'm married, have no
13    children of my own, but I do have a stepdaughter who's 28.  I
14    have no friends or relatives or neighbors in law enforcement.
15              THE COURT:  Good.  Your husband's work?
16              PROSPECTIVE JUROR:  He's a plumber in Marathon.
17              THE COURT:  Okay.  You've heard all these other
18    questions, you know what we're trying to achieve here, which
19    is people that can be fair and impartial, that come with a
20    completely open mind to listen to the evidence, listen to the
21    law and decide the case.
22              Can you do that?
23              PROSPECTIVE JUROR:  Yes, sir, I can.
24              THE COURT:  Thank you.
25              Next lady.
```

```
 1            PROSPECTIVE JUROR:  My name is Debbie Delia.  I

 2   live up on Big Pine.  My husband and I have lived here in the

 3   Keys since 1993.  We have two adult children.  My son is

 4   currently serving in Iraq.  He's an MP.  My husband is a

 5   retired police officer from Prince George's County, Maryland.

 6            THE COURT:  How long retired approximately?

 7            PROSPECTIVE JUROR:  He has been retired since 1990.

 8            THE COURT:  All right.  I will tell all of you if

 9   we -- and we will not finish the case today, but I will

10   instruct you please not to talk to your husbands or wives or

11   anybody about the case -- because innocently they might say

12   something to affect your decision -- until after the case is

13   over.  When the case is over, of course, you can discuss 'til

14   your heart's content whatever happened here.  But until --

15   before the jury reaches a verdict, I'll be asking all of you

16   not to discuss the case with anyone.  Quite innocently they

17   could say something that might affect your verdict.

18            You understand that, and you wouldn't -- if I asked

19   you to do that, you wouldn't tell your husband?

20            PROSPECTIVE JUROR:  No, sir.

21            THE COURT:  Good.

22            His prior employment, would that in any way affect

23   your verdict as far as you know in this case?

24            PROSPECTIVE JUROR:  No, sir.

25            THE COURT:  Good.
```

1             Hand it to the next gentleman.

2             PROSPECTIVE JUROR:  Good afternoon.  My name is

3      Gary Someillan.  I live in Key Largo.  I moved there in 1981.

4      I'm a healthcare professional, registered respiratory

5      therapist at Mariners Hospital, Baptist Health Systems.

6             I have no personal friends in law enforcement, but

7      I do see a lot of law enforcement personnel in the emergency

8      room, sheriff, troopers and some of the emergency responders.

9             I'm married.  No children of my own.  I have two

10     wonderful stepchildren and a wonderful wife, and I would have

11     no problem being impartial in this case.

12            THE COURT:  Okay.  The question I'm sure that would

13     be in the minds of the lawyers would be, as you say, working

14     there in and around and with the emergency room patients and

15     all that that come in, is there anything that you can think

16     of that would carry over and prejudice you pro or con in a

17     case like -- what we want are people with an open mind to

18     listen to the evidence.  I sense that you could do that, but

19     anything about your emergency room work or your work with the

20     police that would cause you to lean toward the police and not

21     believe a defense witness or lean toward the defense and not

22     believe -- you know, or can you sit here and listen with an

23     open mind and decide the case?

24            PROSPECTIVE JUROR:  Yes, sir, Your Honor, I believe

25     I could listen with an open mind.  We get some that come in

1    now and then that we have to take care of, but I usually

2    don't discuss the cases with the officers involved.

3              THE COURT:  Good.

4              PROSPECTIVE JUROR:  I don't think I'd have any

5    problem.

6              THE COURT:  Thank you, sir.

7              To the lady.

8              PROSPECTIVE JUROR:  Hello.  My name is Rene Romo.

9    I live in Key West.  Moved down here nine years ago from

10   Texas.  I'm divorced, an office manager at a security

11   company, and I do not have any friends in law enforcement

12   agencies.

13             THE COURT:  The security company, what -- what -- I

14   know you're -- what does it do?

15             PROSPECTIVE JUROR:  We monitor fire alarms and

16   security alarms.

17             THE COURT:  I see.

18             Okay.  All right.  And I believe you answered

19   everything.  Thank you.

20             PROSPECTIVE JUROR:  Hello.  My name is David

21   Turner.  I've lived in the Keys in Lower Matecumbe since

22   1980.  I'm a pilot for American Airlines based in Miami.  I'm

23   married, two children.  I believe I could be impartial in

24   this case.  I have no strong relationships with anybody in

25   the law enforcement community.

Page 26

```
 1            THE COURT:  Okay.  How long have you -- how long
 2    have you been a pilot or with the airlines?
 3            PROSPECTIVE JUROR:  I've been a pilot with American
 4    for ten years, but I've been a pilot, commercial pilot,
 5    airline pilot since 1991.
 6            THE COURT:  Okay.  All right.  Oh, I meant to ask,
 7    married?  Children?  Oh, you told me you have --
 8            PROSPECTIVE JUROR:  Married, with two children.
 9            THE COURT:  Thank you, sir.
10            Would you hand it to the lady.
11            PROSPECTIVE JUROR:  Hi.  My name's Thomesha Milian.
12    I have four children; single mother.  I live in Key West all
13    my life.  I work at First State Bank.
14            THE COURT:  Okay.  What do you do?
15            PROSPECTIVE JUROR:  As a teller, teller supervisor.
16            And I don't have any friends or relatives in law
17    enforcement.
18            THE COURT:  Okay.  Now, living here in Key West all
19    your life, I'm sure that you probably went to school with a
20    half a dozen people that -- I mean, high school with half a
21    dozen people that have now ended up on police forces.  I
22    mean, everybody knows everybody in Key West, at least when
23    they've lived here, this morning.
24            PROSPECTIVE JUROR:  Yes.
25            THE COURT:  Do you think your overall friendships
```

Page 27

```
 1    with people that you know on the island and all that would in

 2    any way prejudice you so that you would be -- favor the

 3    Government, against the Government, in favor of the

 4    Defendant, against the Defendant, anything like that?

 5              PROSPECTIVE JUROR:  No.

 6              THE COURT:  Good.

 7              How long have you worked at Florida State Bank?

 8              PROSPECTIVE JUROR:  First State Bank, over eight

 9    years.

10              THE COURT:  Eight years.

11              All right.  Thank you very much.

12              I believe that covers the questions I've got.

13    Unless there's some that somebody wants to write down on a

14    pad, we'll go to the Government and see if they have any

15    peremptory challenges.

16              MR. SCHWARTZ:  Your Honor, how should I announce,

17    by number?

18              THE COURT:  Just any way you want to.  Name, number

19    or where they're seated, any way you wish.

20              MR. SCHWARTZ:  Move to strike Ms. Heeter, juror

21    number 3.

22              THE COURT:  Anybody else?

23              Thank you, ma'am.  You may step down, and we'll ask

24    you to wait just a few minutes with the other jurors.  Thank

25    you very much.
```

Page 28

```
 1              MR. SCHWARTZ:  And also, Your Honor, juror

 2    number 4.

 3              THE COURT:  Thank you, ma'am.  If you would just

 4    have a seat.  Thank you.

 5              MR. SCHWARTZ:  That's all from the Government, Your

 6    Honor.

 7              THE COURT:  All right.  Replace three and four.

 8              THE COURTROOM DEPUTY:  Yes, Judge.

 9              Isis Majeska, Pamela Catala.

10              THE COURT:  All right.  Ma'am, would you tell us

11    your name and where you live, please.

12              PROSPECTIVE JUROR:  My name is Isis Majeska.  I

13    live in Key Largo.  I'm Cuban born.  I came to the U.S. when

14    I was eight.  I lived in Miami for 32 years.  I moved to Key

15    Largo ten years ago.  I am the court interpreter coordinator

16    for the Sixteenth Judicial Circuit, and my husband has a

17    business in Key Largo, and he was also just recently voted

18    into the sewer board, so he's a commissioner.

19              THE COURT:  Okay.  You have -- you do interpreting

20    in cases in court?

21              PROSPECTIVE JUROR:  Correct.

22              THE COURT:  State cases?

23              PROSPECTIVE JUROR:  Yes.

24              THE COURT:  As violations of state law and from

25    time to time civil, I guess?
```

```
1            PROSPECTIVE JUROR:  Correct.

2            THE COURT:  Okay.  And you've been doing this for

3    how many years, or how long?

4            PROSPECTIVE JUROR:  About six years.

5            THE COURT:  Okay.  Fine.  Well, I leave it entirely

6    up to you.  Do you believe you can be fair and objective in

7    sitting on the jury?

8            PROSPECTIVE JUROR:  Yes.

9            THE COURT:  Good.

10           Pass it to the next lady.

11           PROSPECTIVE JUROR:  Hi.  My name is Pam Catala.

12   Born and spent the better part of my life in Key West,

13   Florida.  I've been employed by the public defender's office

14   for the last 17 years.  I have several relatives in law

15   enforcement, my husband, my son, and my daughter-in-law.

16           THE COURT:  Uh-huh.

17           PROSPECTIVE JUROR:  I would really like to serve on

18   a jury.  I've always been rejected because -- but I think I

19   can be very fair and very open-minded, and I think, you know,

20   I could come hopefully to the right conclusion.

21           THE COURT:  Very good.  I'm so glad you explained

22   and went into that a bit.  There is absolutely no reason why

23   people, regardless of their life experiences and backgrounds,

24   cannot be fair and objective as jurors unless they come with

25   some preconceived bias or prejudice.  That's all it is.
```

Page 30

```
 1    People have a lot of life experiences.  They should bring
 2    that to the jury to decide whether somebody is telling the
 3    truth or not.  Credibility, credibility of the facts, that's
 4    what you folks do.  Nothing to do with the law, whether you
 5    like the law, don't like the law, agree with it, don't agree
 6    with it.  Those matters you take up with your Congressperson
 7    in Washington, and they vote the laws.  We simply are here to
 8    preside over trials where there's a discussion or dispute
 9    about a law and to interpret the law.  But beyond that, facts
10    are what you folks deal with.
11            And certainly you come to the courtroom with -- and
12    if your attitude and thinking is as we believe it is with
13    most good people, most good citizens, you simply want to
14    reach the fair and right decision no matter who it's in favor
15    of, who it's against.  But if you come with an attitude that,
16    well, I'm not going to believe a police officer from, oh, I
17    don't know, Hendry County over here that comes in, I'd
18    believe my Key West officers, but I wouldn't believe anybody
19    from Hendry County because, you know, we were out in the
20    Glades one time with my husband, I got picked up by Hendry
21    County -- well, you know, I'm making all this up and I'm
22    getting too far into it.
23            You see what I mean?  If you have a bias or
24    prejudice, that's what we're looking at.  And from your
25    explanation, which is very good and very sensible, you
```

1    explained that you believe that truly you can be fair and

2    objective, and simply because you have worked closely with

3    one -- with a state public defender -- how many years have

4    you been with them?

5              PROSPECTIVE JUROR:  Seventeen.

6              THE COURT:  Okay.  And in your work with them, you

7    do what specifically?

8              PROSPECTIVE JUROR:  Administrator.

9              THE COURT:  So you would have to do a lot with

10   recordkeeping and perhaps personnel problems.  Anything with

11   hiring and firing, or is that somebody else's job?

12             PROSPECTIVE JUROR:  Once in a while I'm asked for

13   my input about it.

14             THE COURT:  Yeah.

15             Okay.  But basically it would be the administrative

16   side.  Well, I think we have a good understanding of what you

17   do.  Well, thank you.

18             We stay with the Government until they tender the

19   jury.  So the Government has challenged three and four.

20   They've tendered everybody else at this point.  What about

21   three and four, any peremptory challenge of three and four?

22             MR. SCHWARTZ:  Your Honor, we would move to strike

23   Ms. Majeska and Ms. Catala at this time.

24             THE COURT:  All right.  What he's really saying is

25   that we thank you very much.  We really ask that you be

1    excused.  That sounds a lot better than striking somebody.

2    You can step down, ma'am.  Thank you very much.

3            I'm going to let the four ladies that have been in

4    the box, all of you, I'm going to let you leave.  You can

5    remain if you wish or you can leave, and we ask that you call

6    the answer phone number the Clerk gave you.  In all

7    probability, the next time we'll need you back will be

8    Wednesday, Wednesday morning at 9:00 o'clock.  But call the

9    answer phone, the four of you, and you others that are

10   excused.  You're free to go, free to stay 'til we finish the

11   jury selection, but call the answer phone number, and we

12   will -- I'm -- at this point I'm sure we'll need you on

13   Wednesday.  And the four of you, thank you very, very much.

14   You're free to go or whatever you wish.

15           Call the next two jurors.

16           THE COURTROOM DEPUTY:  Fred Gartenmayer and

17   Catherine Corcoran.

18           THE COURT:  Yes, your name and where you live,

19   please.

20           PROSPECTIVE JUROR:  My name is Catherine Corcoran.

21   I live in Key West.  I've been here three years.  Came from

22   Akron, Ohio.  I'm married.  My husband is a construction

23   worker down here in Key West.  I'm an assistant manager for a

24   retail company.  I don't know any law enforcement officers

25   personally.  I do work with a couple people part-time that --

Page 33

1    with the jail system.  I do -- and Navy.

2             THE COURT:  You do -- oh, and Navy.  I'm sorry.  I

3    didn't hear you.

4             PROSPECTIVE JUROR:  Yeah.

5             I believe I can be partial (sic).

6             THE COURT:  Okay.  Good.

7             PROSPECTIVE JUROR:  Anything else?

8             THE COURT:  I think you covered everything.  Thank

9    you, ma'am.

10            PROSPECTIVE JUROR:  My name is Fred Gartenmayer.  I

11   was born and raised here.  I did commercial fishing 'til

12   1987.  Then 1980 I went -- '78, I'm sorry, commercial.  Then

13   in 1980, I went into public service work, and I've been

14   working there ever since.

15            THE COURT:  What do you do in public service?

16            PROSPECTIVE JUROR:  I'm with the Monroe County

17   Public Works, in the maintenance division.

18            THE COURT:  Okay.  All right.  Okay.  Family?

19   Married?  Children?

20            PROSPECTIVE JUROR:  Yes, I have a wife and three

21   children.

22            THE COURT:  Any of them work in law enforcement?

23            PROSPECTIVE JUROR:  I had a brother-in-law that was

24   a deputy sheriff; he's retired.

25            THE COURT:  Okay.  Would that affect your verdict?

Page 34

1          PROSPECTIVE JUROR:  No, sir.

2          THE COURT:  No.

3          All right.  Do you believe you can be fair and

4     impartial?

5          PROSPECTIVE JUROR:  Yes, sir.

6          THE COURT:  Thank you.

7          For the Government, either three or four,

8     peremptory challenge?

9          MR. SCHWARTZ:  No, Your Honor.

10         THE COURT:  The Government tenders the panel to the

11    Defense.

12         Any challenges by the Defense?

13         MR. ABRAMS:  May I have a moment, Your Honor?

14         THE COURT:  Yes.

15       (Brief pause in proceedings.)

16         MR. ABRAMS:  Your Honor, we would excuse with

17    thanks the juror seated in seat number 5, Mr. McDowell, the

18    juror seated in seat number I guess it would be eight,

19    Mr. Turner, the juror in seated number 11, Ms. Delia, and the

20    juror seated in seat number 12, Ms. Grady.

21         THE COURT:  All right.  Thank you.  And thank you

22    folks for being with us.  You're excused.  If you'll answer

23    the -- call the answer phone number, and we'll probably see

24    you on Wednesday of this week.  Thank you very much.

25         Let me see, that's five, eight, ten and 11?

Page 35

1              THE COURTROOM DEPUTY:  No, 11 and 12.

2              THE COURT:  All right.  Call the next four jurors,

3    please.

4              THE COURTROOM DEPUTY:  Yes.

5              Richard Saylor, Mark Hyatt, Dayamis Camuccio, Damon

6    Uhl.

7              THE COURT:  All right.  The first juror, tell us

8    your name and age, please.

9              PROSPECTIVE JUROR:  I'm Richard Saylor, and I --

10             THE COURT:  I'm sorry, forgive me.  Name and age.

11   I was thinking of different things that I do, and one of the

12   things I do frequent is ask people their ages.  I never do

13   that of jurors.  I didn't mean to do that.  I know it doesn't

14   matter, but I just -- I don't want to get in the habit of

15   doing that.  Then I'll be all goofed up.

16             Just your name and where you live.

17             PROSPECTIVE JUROR:  Okay.  I'm Richard Saylor, and

18   I live in Islamorada.  I have done so for the last five

19   years.  I'm retired from the corporate world as an executive

20   in finance and information systems and currently am a

21   business consultant to small to midsize businesses.

22             I have a wife and three grown daughters.  Nobody's

23   involved in law enforcement or anything of that nature.

24   However, I am a member of the Coast Guard Auxiliary in

25   support of the Islamorada Coast Guard station, but the

Page 36

1   activities I'm involved in are really the educational ones

2   and don't have anything to do with law enforcement.

3           And, thus, given all that, I really think I could

4   be impartial.

5           THE COURT:  Before we -- you give the microphone to

6   the next -- what was the -- your company and where was it

7   located before your retirement five years ago?

8           PROSPECTIVE JUROR:  Oh, Minneapolis, Minnesota.

9   United Sugar is the corporation.

10          THE COURT:  Thank you, sir.

11          Whoever's the -- behind you there, I guess.  There

12  we go.

13          PROSPECTIVE JUROR:  My name is Mark Hyatt.  I moved

14  to Sugarloaf Shores in 1981, owned and operated Martha's

15  Restaurant since '81 to '85, and have owned and operated

16  Benihana Restaurant since 1986.

17          Have two children, 21 and 24, married.  I have no

18  friends in law enforcement, and I think I could be impartial.

19          THE COURT:  Yeah, fine.

20          And you -- I believe -- well, I was going to start

21  getting back into the history of the restaurants and all

22  that, but you are the sole owner now?

23          PROSPECTIVE JUROR:  Yes, I've been --

24          THE COURT:  Martha Halprin (phonetic) was one of

25  the founders or something?

```
 1               PROSPECTIVE JUROR:  I bought the restaurant from

 2    Martha in 1981.

 3               THE COURT:  1981.  You see, my memory plays tricks

 4    on me.  I would have thought that would be four or five years

 5    ago, but anyway.

 6               Well, all right, well, Mr. Hyatt, you of course

 7    know a lot of people in Key West and all that.  Any close

 8    friends that are in law enforcement that would in any way

 9    have carried forward and told -- discussed their work or

10    something that would carry over and prejudice you as far as

11    you know?

12               PROSPECTIVE JUROR:  No, sir.

13               THE COURT:  Good.  Pass it down.

14               PROSPECTIVE JUROR:  My name is Dayamis Camuccio.

15    I'm married.  I have two daughters.  My husband is a retired

16    officer from the Coast Guard, but he currently teaches at a

17    middle school in Miami.  I work at an accounting firm.  I've

18    been in Key Largo since 2001 and working at the accounting

19    firm since 2002.  I don't have any close relations to law

20    enforcement, and I believe I can be fair with this case.

21               THE COURT:  Thank you.

22               The gentleman?

23               PROSPECTIVE JUROR:  My name is Damon Uhl.  I moved

24    to Key West about six years ago from the metro Philadelphia

25    area, southern New Jersey.  I'm a bartender.  I work for the
```

1   Veterans of Foreign Wars.  I also work for the Department of

2   the Navy, Morale, Welfare and Recreation.  I have -- my

3   brother is a commodore in the Navy.  My sister works for the

4   state attorney's office down here, and I have a lot of

5   friends that are police officers, NA's, but I feel I could be

6   completely impartial.

7           THE COURT:  The question would be -- and it might

8   well be that in your specialty, your type of work, I don't

9   know, but it might well be that people sit and visit with you

10  from time to time about their work, or, you know,

11  particularly maybe something interesting that happened in law

12  enforcement that day or something.  You understand that none

13  of that really has, I mean, any bearing on this case.

14          This case is just the evidence, you listen to it.

15  The Government has the burden of proof.  It's a heavy burden

16  of proving it beyond and to the exclusion of all reasonable

17  doubt.  The Defendant doesn't have to put on any evidence or

18  do anything except be -- if the Defendant does elect to

19  present evidence they may do so, they have that opportunity.

20  You folks, all of you simply listen to the evidence, and you

21  decide which one you believe if there's a dispute about some

22  material fact; not law, fact.

23          Somebody says, "I was on Duval street and Eaton at

24  11:00 o'clock at night on July 1st, and I saw a large white

25  van with five people in the van roar down the street and a

1    red car a few blocks later came apparently chasing it," and I

2    had describe that to you -- I'm making all this up -- and

3    they tell you all about that, you, the jury.  Then another

4    witness later on, a few hours later or something says, "no,

5    on July 1st of last year I was out there and I was walking

6    down Duval Street, and between Eaton and a block away I -- I

7    didn't see any white van being chased by a red car, it was

8    just the normal things that go on Duval Street on a Tuesday

9    night," you know.

10            So now both of them can't be right.  Obviously one

11   of them is mistaken or wrong.  And so you folks would have to

12   decide which one you believed, which one you based your

13   verdict on, and reject the other testimony.  And I don't mean

14   to suggest anybody would be misleading or misrepresenting

15   things.  It could be just mistaken about the date.  You know,

16   they thought they were there on July 1st; they weren't.  You

17   folks sort that all out collectively.  And that's what you

18   do, and we want you to do it as you've indicated you can,

19   fairly and objectively.

20            Since you're the last one with the microphone, you

21   understand what I just said?

22            PROSPECTIVE JUROR:  Absolutely.

23            THE COURT:  And you can handle that, can't you,

24   sir?

25            PROSPECTIVE JUROR:  Yep.

1           THE COURT:  Good.  Thank you.

2           All right.  For the Defense, we've got new jurors

3    five, eight, 11 and 12.  Any peremptory challenges?

4           MR. ABRAMS:  Yes, Your Honor, we would excuse with

5    thanks the juror in seat number 5, Mr. Saylor, the juror in

6    seat number 11, Ms. Camuccio, and with much reluctance the

7    juror from Philadelphia, Mr. Uhl.

8           THE COURT:  Thank you.

9           All right.  And if you folks would please call the

10   answer phone number tonight after 5:00 o'clock, but we'll

11   probably see you on Wednesday.

12          Call three more jurors.

13          THE COURTROOM DEPUTY:  Christine Ledwith, Valerie

14   Mathijsen-Palay, Elisse Kulbaba.

15          THE COURT:  All right.  Let's give the --

16          All right.  Ma'am, your name and where you live,

17   please.

18          PROSPECTIVE JUROR:  I'm Christine Ledwith.  I live

19   in Tavernier.  I am a fourth grade teacher.  My husband is a

20   chef at Ciao, and I've lived in the Keys since 1995.  I have

21   some association with law enforcement.  My son's scoutmaster

22   is a deputy sheriff, and one of my daughter's good friends is

23   a deputy sheriff.

24          THE COURT:  Okay.  Have you heard discussions with

25   these family members or their friends that would carry over

Page 41

1    and prejudice you so that you could not be fair and

2    impartial?

3             PROSPECTIVE JUROR:  No, I don't think so.

4             THE COURT:  Good.

5             What -- did I ask you about husband's work?

6             PROSPECTIVE JUROR:  He's a chef at Ciao.

7             THE COURT:  You told me that.

8             And your two family or family-related --

9             PROSPECTIVE JUROR:  No, I have no law enforcement

10   in my direct family.  Is that what you mean?

11            THE COURT:  Yes, but you said somebody was a --

12            PROSPECTIVE JUROR:  My son's scoutmaster is a

13   deputy sheriff.

14            THE COURT:  Oh, yeah, fine.  I'm sorry.  Okay.

15   Great.

16            All right.  You understand that if that sheriff

17   testifies, you would judge his credibility, and if you found

18   it believable you'd believe him.  If you didn't, irrespective

19   of the fact he's your son's scoutmaster, you would have to

20   reject -- you understand?

21            PROSPECTIVE JUROR:  Yes, I do.

22            THE COURT:  Thank you.

23            Next.

24            PROSPECTIVE JUROR:  Thank you.

25            Good afternoon.  My name is Valerie Mathijsen-

1   Palay.  I am married.  I live on Sugarloaf.  I'm married.  I

2   have four children.  I teach French at the high school since

3   two years.  I've been here in the Keys since 1991.  I moved

4   here from France with my four kids.  They were all born in

5   France, in Paris.  My husband is French.  He works in the

6   medical field, and I'd love to serve on the jury.

7               THE COURT:  Good, good.

8               And we got you at the right time, since you're a

9   schoolteacher.

10              PROSPECTIVE JUROR:  That's right.

11              THE COURT:  It would have been real bad if it was

12  the first week in September, wouldn't it?

13              PROSPECTIVE JUROR:  That's correct.

14              THE COURT:  Pass that to the next.

15              PROSPECTIVE JUROR:  My name is Elisse Kulbaba.

16  I've lived in Key Largo for 32 years.  My husband and I own a

17  company in Florida City.  I have two children.

18              THE COURT:  What does the company --

19              PROSPECTIVE JUROR:  It's a roofing company in

20  Florida City.

21              THE COURT:  I didn't quite hear you.

22              PROSPECTIVE JUROR:  It's a roofing company, a

23  roofing contractor.

24              THE COURT:  Yes, ma'am.  I'm sorry.  It's not your

25  speech, it's my -- I've listened to lawyers too long, you

Page 43

1    see, and I don't hear too well anymore.  You listen to

2    lawyers for 45 years, and from where I sit, and you either

3    subconsciously or consciously drown out a lot of -- your

4    hearing gets -- they say that I hear what I want to hear but

5    I don't the rest.  They're kidding.  I really try to listen

6    to everybody.

7            All right.  You believe you can be fair and

8    impartial?

9                PROSPECTIVE JUROR:  I believe so.

10               THE COURT:  Thank you.

11               For the Defense, three, 11, or 12?

12               MR. ABRAMS:  Defense tenders, Your Honor.

13               THE COURT:  All right.  For the Government, we now

14   have four new additions, five, eight, 11, and 12.  Does the

15   Government have any peremptory challenge of five, eight, 11

16   or 12?

17               MR. SCHWARTZ:  Your Honor, the Government tenders

18   the jury.

19               THE COURT:  Swear the jury.

20        (The jury was duly impaneled and sworn.)

21               THE COURTROOM DEPUTY:  Thank you.  You may be

22   seated.

23               THE COURT:  Call two alternates.

24               THE COURTROOM DEPUTY:  Arlette Wagoner, Cleveland

25   Knowles, Jr.

Page 44

1    THE COURT:  Anybody named Mr. Knowles in the

2    audience?  Mr. Knowles, thank you.

3    Yes, ma'am.  While Mr. Knowles is coming up, would

4    you tell us your name?

5    PROSPECTIVE JUROR:  My name is Arlette Wagoner, and

6    I live in Marathon, and I've been there since 1988, and I

7    work for the Chamber of Commerce in Marathon.

8    THE COURT:  Okay.  And married?  Children?

9    PROSPECTIVE JUROR:  I'm sorry.  I'm a widow; no

10    children.

11    THE COURT:  Okay.  What do you do for the Chamber?

12    Probably self-explanatory, but tell us a little bit.

13    PROSPECTIVE JUROR:  Well, I'm the executive

14    assistant to the director.

15    THE COURT:  Okay.  And any close friends or

16    relatives of law enforcement that would carry over and have

17    any effect on your verdict?

18    PROSPECTIVE JUROR:  Well, I kinda know Bob Peryam.

19    THE COURT:  I don't.  Who is he?

20    PROSPECTIVE JUROR:  Okay.  He's a sheriff.

21    THE COURT:  Okay.

22    PROSPECTIVE JUROR:  But I don't really think that

23    that would have anything to do with anything.  But I do have

24    kind of stress-related anxiety, and this is very difficult

25    for me.

1          THE COURT:  Really?  Has there been anything here

2     that's been, you know, particularly stressful or unpleasant

3     or anything?  Usually it's a pretty calm place.

4          PROSPECTIVE JUROR:  It is pretty calm, yeah, but I

5     just get nervous about all this, all this government stuff I

6     guess it would be.

7          THE COURT:  But you're in government, local

8     government, aren't you?

9          PROSPECTIVE JUROR:  No, it's not government.  It's

10    a private corporation.

11         THE COURT:  Uh-huh.

12         All right.  Well, maybe I'll just let you sit in

13    the audience and watch for a while and watch the trial.

14    Maybe that would help you understand, you know, what we do

15    here and how important this is to the community, and anybody

16    certainly involved with something like Chamber of Commerce

17    would need to have a good understanding of how our government

18    works and our system works.

19         Let me just have you have a seat.  We'll let you

20    step down.  You can have a seat in the audience.  You can

21    watch for a while.

22         All right.  Give the microphone to the gentleman

23    back there.

24         PROSPECTIVE JUROR:  Good afternoon.  My name is

25    Cleveland Curtis Knowles, Jr.  I was born and raised in Key

1   West.  I work at Waterfront Market as a manager.  I'm married

2   to my second wife.  I got three children, four grandchildren.

3            THE COURT:  Good.

4            You've lived in the Keys -- maybe you told me --

5   how long?

6            PROSPECTIVE JUROR:  I'm sorry, sir?

7            THE COURT:  You've lived in the Keys how long?  You

8   may have told me.

9            PROSPECTIVE JUROR:  I was born here, sir; 58 years.

10           THE COURT:  Okay.  Good.

11           PROSPECTIVE JUROR:  Sir?

12           THE COURT:  Yes.

13           PROSPECTIVE JUROR:  I was involved with the Mariel

14  boatlift, and I was fined for bringing in aliens.  I'd like

15  to --

16           THE COURT:  Let me interrupt you just a minute.

17  See, I don't want you to say something that will cause a

18  problem with all the other jurors.  Okay.  I understand.

19  Okay.  And that was back in, gosh, what was that, about 19 --

20  what was the year of the Mariel boatlift?  About how long

21  back?

22           PROSPECTIVE JUROR:  I think it was late '70s.

23           THE COURT:  Yeah.  I was going to say, about '79 or

24  '80.

25           PROSPECTIVE JUROR:  '78, '79, something like that.

```
 1              THE COURT:  No, I was presiding in this court.  I

 2   was the only judge here in those days, only federal judge

 3   here.  We've always had good fine state judges that were

 4   here.

 5              All right.  I sense that you would prefer to serve

 6   on a civil case, is that a fair statement?

 7              PROSPECTIVE JUROR:  I would not like to sit on this

 8   case, sir.

 9              THE COURT:  Would you like to serve -- would you

10   prefer to serve on a civil case rather than a criminal case

11   involving alleged alien smuggling?

12              PROSPECTIVE JUROR:  Yes, sir.

13              THE COURT:  Good.  All right.  Well, we'll see you

14   Wednesday morning.  The next case is a civil case, and I

15   think you'll be a superb juror on that one.  We'll let you

16   go, Mr. Knowles.  Thank you.

17              PROSPECTIVE JUROR:  Thank you very much.

18              THE COURT:  All right.  Call two more.

19              THE COURTROOM DEPUTY:  Donald Dailey and Tracy

20   Gilbert.

21              THE COURT:  Okay.  Mr. Dailey, your name and where

22   you live.

23              PROSPECTIVE JUROR:  My name is Donald Dailey.  I'm

24   married.  I've got a daughter.  We live in Islamorada.  We're

25   residents of Florida.  We've lived in Florida for five years.
```

Page 48

```
 1    I'm a retired high school principal.  I did have associations
 2    with a number of policemen in Virginia.  That's where I --
 3    Virginia Beach.  That was where I was a principal.  Strictly
 4    school-related --
 5              THE COURT:  Sure.
 6              PROSPECTIVE JUROR:  -- you know, according to
 7    students.
 8              My brother-in-law is a criminal lawyer.  He works
 9    in Delray, and he does live in Islamorada.  He also has
10    another residence in Islamorada.  And we have another
11    residence in Virginia.  We live there for about five months.
12              Other than that, I think I could be fair and
13    unprejudiced.
14              THE COURT:  Okay.  Your brother-in-law that does
15    criminal defense work, I presume it's defense work, does he
16    practice in Islamorada as well as Delray?
17              PROSPECTIVE JUROR:  No, sir.
18              THE COURT:  No.
19              PROSPECTIVE JUROR:  It's all in Delray.
20              THE COURT:  Okay.  Do you believe that there's
21    anything about conversations you had with him or the
22    relationship or anything like that that would carry over and
23    prejudice you for or against anybody in this case?
24              PROSPECTIVE JUROR:  No.
25              THE COURT:  Good.
```

Page 49

```
 1              Hand the microphone back to the lady behind you.
 2              PROSPECTIVE JUROR:  I'm Tracy Gilbert.  I've lived
 3      in the Keys since 1985.  I'm married.  My husband owns --
 4      we're self-employed.  We own a contracting business in
 5      Islamorada.  I have three children.  I do -- one of my
 6      closest friends' husband is a member of the Coast Guard, but
 7      I think that I could be fair and impartial.
 8              THE COURT:  Okay.  Fine.
 9              How long have you lived in the Keys?  You may have
10      told me.
11              PROSPECTIVE JUROR:  Since 1985.
12              THE COURT:  Oh, okay.
13              All right.  We thank you.
14              Now, does the Government have any challenge of
15      either of the alternates?
16              MR. SCHWARTZ:  No, Your Honor.
17              THE COURT:  The Defense?
18              MR. ABRAMS:  May I have just one moment, Judge?
19              THE COURT:  Sure.
20          (Brief pause in proceedings.)
21              MR. ABRAMS:  Accept the tender, Your Honor.
22              THE COURT:  All right.  Would you swear the two
23      alternates.
24              THE COURTROOM DEPUTY:  Can you please stand and
25      raise your right hands.
```

Page 50

1        (Alternate jurors duly sworn.)

2              THE COURTROOM DEPUTY:  Thank you.  You may be

3    seated.

4              THE COURT:  Thank you very much.

5              All right.  Now, at this time, ladies and

6    gentlemen, all of those that remain, all of you, including

7    the lady that is with the Chamber of Commerce, are excused.

8    We ask you to -- instruct you to call the answer phone number

9    this afternoon after 5:00 o'clock and each day for the rest

10   of the week, and we will let you know when you're next

11   needed.  Right now we anticipate possibly Wednesday morning.

12   But the answer phone number that the Clerk gave you will tell

13   you exactly when you need to be back.

14             We thank you for being here in helping us select

15   this jury, which took us one hour.  You folks are excused.

16             Now, those of you that are in the jury section,

17   please glance around and see where you are and take the same

18   seats when you come back, if you will, please.  And we're

19   going to take just a brief recess, maybe five, maybe ten

20   minutes, to permit you to go into the jury room, get a little

21   acclimated.  There are restrooms and things there.  So we'll

22   take a very short recess.  When you come back, take the same

23   seats.

24             Please do not start discussing the case.  We ask

25   that you wait until you've really heard the evidence, you

```
1    know, at the end of the case before you talk among yourselves
2    about this case.  Certainly talk about anything else you wish
3    to, what's the entrees at Benihana tonight.  Mr. Hyatt can
4    tell you, or whatever.  All I'm saying is anything you want
5    to, but not the case.
6              Yes, sir.
7              PROSPECTIVE JUROR:  I was wondering would it be
8    possible for me to call my boss and let her know that she's
9    going to have to get coverage for me tomorrow?
10             THE COURT:  Sure.  We can make a phone available to
11   you.  Sure, we can.
12             But take the same seats when you come back.  The
13   marshal will show you.  It's right through this door here.
14             All right.  We'll take a very brief recess, and
15   we'll let juror number 9 use the phone to make a call.
16             MR. ABRAMS:  Judge, can we briefly address an issue
17   with you before the jury comes back?
18             THE COURT:  You can go ahead.  You can go out any
19   way you want to, but when you come back just take the same
20   seats.
21        (The jury exits the courtroom.)
22             THE COURT:  All right.  Be seated.
23             All right.  Mr. Abrams.
24             MR. ABRAMS:  Yes, sir, very briefly, Judge.  The
25   Government has filed a notice of intent to seek to introduce
```

1    404(b) evidence or evidence of other acts.  We have filed a

2    very brief response which simply asks that Your Honor just

3    tell the Government not to mention it in their opening

4    statement, and that Your Honor would then be in a position to

5    listen to the evidence and determine at the appropriate time

6    whether that evidence should be admitted.  So rather than

7    getting into some legal factual argument now, I would just

8    ask Your Honor to ask the Government to not mention anything

9    related to 404(b) in their opening statement and to take that

10   issue up before Your Honor before that evidence is offered to

11   the jury.

12              THE COURT:  Mr. Schwartz?

13              MR. SCHWARTZ:  Your Honor, we didn't intend to

14   mention it at opening, and we will save it 'til near the end

15   of our case in chief, as well.  So we'll advise the Court

16   when we intend to elicit such evidence.

17              THE COURT:  Thank you.

18              All right.  We'll take a brief recess.

19      (A recess was taken from 2:35 p.m. to 2:54 p.m.)

20      (The jury enters the courtroom, after which the following

21   proceedings were had:)

22              THE COURT:  Be seated, please.  Thank you.  Thank

23   you very much.

24              All right.  Ladies and gentlemen, Counsel will

25   speak to you now in their opening statement, which is a brief

Page 53

1    outline of what they expect the proof is going to be.  It's

2    an index of things to come.  It is not final argument.

3              All right.  Ms. Sundaram.

4              MR. ABRAMS:  Your Honor, we would invoke the rule

5    at this time.

6              THE COURT:  All right.  If there are any witnesses

7    in the courtroom who expect to testify, please stand, raise

8    your right hands and be sworn.

9              All right.  The lawyers will have the

10   responsibility of keeping all witnesses outside the courtroom

11   until the case is concluded.

12             Yes, ma'am.

13             MS. SUNDARAM:  Thank you, Your Honor.

14             On March 12th, 2008, the Defendant, Alexis De La

15   Cruz Suarez, went to Cuba to pick up 18 aliens on a boat and

16   bring them to the United States.  The Defendant, in his white

17   go-fast vessel, arrived off the coast of Cuba, picked up 18

18   Cuban nationals and headed northbound for the United States.

19             But the Defendant didn't quite make it, because the

20   United States Coast Guard spotted the Defendant and his

21   vessel.  You'll hear from United States Coast Guard officers,

22   how they spotted the Defendant in his white go-fast, how they

23   ordered the Defendant's vessel to stop after illuminating the

24   vessel with its spotlight and ordering it via its loud hailer

25   to stop.

1            The Defendant had been traveling under the cover of

2   night, with no running lights, had headed directly northbound

3   for the United States.  Once the Coast Guard stopped the

4   vessel, they boarded the vessel only to find 18 Cuban

5   nationals onboard, canned meat, food, bottles of water, a GPS

6   unit and a satellite phone case, battery and SIM card, but no

7   satellite phone.

8            Now, ladies and gentlemen, you're going to hear a

9   story from the Defendant's family.  You're going to hear a

10  story from the Defendant's family and friends who will tell

11  you that they left Cuba on a rustic vessel, ended up stranded

12  on Cay Sal island and the Defendant somehow rescued them the

13  next day.  But ladies and gentlemen, you'll also hear from

14  one or two others who were onboard that vessel, one or two

15  other Cuban nationals, who will tell you that they left from

16  Cuba on one vessel, one modern vessel, headed towards the,

17  United States, and that they never got off that vessel until

18  they were stopped by the U.S. Coast Guard, other Cuban

19  nationals who were not family or friends of the Defendant.

20           You'll also hear about the GPS unit that was found

21  onboard that vessel that the Defendant was driving, and on

22  that GPS unit you'll hear about tracks, routes and waypoints,

23  items on that GPS unit that will show that that GPS unit was

24  located just off the coast of Cuba, near Matanzas, not 2008,

25  not Cay Sal, but near Cuba.

1          And, most importantly, ladies and gentlemen, you'll

2    also hear that the Defendant himself admitted that he went to

3    Cuba.  You'll hear from officers with the United States Coast

4    Guard who will tell you that the Defendant admitted that he

5    went to Cuba to pick up his family and was headed back to the

6    United States.

7          Ladies and gentlemen, the Defendant is charged in

8    the indictment with encouraging or inducing these aliens,

9    these Cuban nationals, to come to or enter the United States.

10   The evidence will show that on March 12th, 2008, the

11   Defendant, Alexis De La Cruz Suarez, did just that.

12         So we ask that you listen to the testimony, look at

13   the evidence and apply the law as the Judge will instruct

14   you.  And based on all of that, we will ask that you find the

15   Defendant, Alexis De La Cruz Suarez, guilty beyond a

16   reasonable doubt of all counts in the indictment.

17         Thank you.

18         THE COURT:  Mr. Abrams, for the Defense.

19         MR. ABRAMS:  Yes, sir.  May it please the Court.

20         THE COURT:  Yes, sir.

21         MR. ABRAMS:  Counsel, Counsel, agent.

22         Ladies and gentlemen, good afternoon.  I feel like

23   every time I pick this up, and the reason I ask the court

24   reporter, is I feel like that when I'm holding this like this

25   in front of a group of people I should be singing.  And

1   believe me, you would not appreciate that.

2           But once again, my name is Stewart Abrams.  I'm an

3   Assistant Federal Public Defender in this district, and it is

4   indeed my pleasure to be representing Alexis De La Cruz

5   Suarez in the matter before you.  Also seated at counsel

6   table is Louis Fernandez.  Mr. Fernandez is an investigator

7   with my office.  He also happens to be bilingual, which is

8   why there's somebody sitting between Mr. De La Cruz and

9   myself, so I can understand Mr. De La Cruz's questions.

10          Anyway, this is, as Judge King told you, my

11  opportunity to tell you a little bit what this case is about.

12  This is kind of the coming attractions of a TV show.  And

13  this case will not be particularly long, it won't be

14  particularly difficult in terms of number of witnesses or

15  things you're going to see, things you're going to hear.

16  Nonetheless, even though this isn't a long case and it's not

17  particularly complicated -- and this courthouse has certainly

18  seen its share of very, very involved cases -- this case,

19  this case is the most important case that will ever be heard

20  in this courthouse as far as Alexis De La Cruz Suarez is

21  concerned.  So it may be short, and I'm certainly going to do

22  my best to pare the issues down and not make any issues of

23  nonissues so that when this case is over, when you guys get

24  to do the most important part of this case -- this is my Rah

25  Rah talk now -- that you all get to take this back and talk

1    about the case amongst yourselves and decide the appropriate

2    outcome of this case, we hope to be able to make your

3    deliberations meaningful and not give you out things that

4    have nothing to do with the case to have to think about.

5          This case is about, as you've been told by the

6    Government, the charge in this case is encouraging and

7    inducing an alien, or in this case the aliens named in the

8    indictment, to come to the United States illegally.  Well,

9    ladies and gentlemen, what you're going to hear, in which the

10   Government seems to want to kind of dismiss offhanded, is

11   that what they call a trip to Cuba to commit the act of alien

12   smuggling we call an act which was committed for the love of

13   family, which did not involve a trip to Cuba, incidentally.

14         The evidence is going to show, and a lot of what

15   you're going to hear from the Coast Guard and some of the

16   witnesses who are going to testify in this case, we're not

17   going to dispute, because certain things happened.  Alexis De

18   La Cruz Suarez was out on the water on a boat on March 12,

19   2008, and he did have a number of people on his boat.

20         You're going to hear there was no chase, there was

21   no shooting out of engines or any kind of -- or any kind of

22   pursuit involved in stopping Mr. De La Cruz Suarez's boat.

23   But you're going to hear that his boat was stopped at night

24   by the Coast Guard on March 12th, 2008.  And the reason then

25   comes down to why.  Was this a case of encouraging and

1  inducing aliens to come to the United States illegally, or

2  was this a rescue?  Because you are going to hear from

3  witnesses.  And one of the reasons for the technology is,

4  yes, you're going to hear testimony from the witness stand

5  right over here, but you're also going to hear testimony from

6  Havana.  And that testimony is going to be brought to you by

7  way of video from videotape depositions.  And you're going to

8  hear testimony.  It's just going to be like the witness was

9  sitting there, except it's recorded and it's going to be on

10  the big screen.

11         And you're going to hear not only from members of

12  Alexis De La Cruz Suarez's family that were present on the

13  boat, but another individual as well.  And they're going to

14  tell you that they left Cuba totally independent of this man,

15  before Alexis was even out on the water, and they went out on

16  a raft, what they refer to as a rustica, r-u-s-t-i-c-a, a

17  small homemade craft which developed engine trouble and was

18  taking on water and ended up in the Cay Sal Bank.

19         You are going to hear that one or more of the

20  people who were onboard that vessel had cellphones, and

21  you're going to hear that Cay Sal is approximately 25 miles

22  from the island of Cuba, and from there they were able to

23  make phone calls back to their families in Cuba.

24         From Cuba -- and, of course, the witnesses aren't

25  going to be able to testify to this -- there were phone calls

Page 59

1    made to mainland United States.  The people in Cay Sal

2    obviously don't know what the people in Cuba did.  But as a

3    result of that, a few hours later, Alexis came in his boat,

4    and he picked up his father, his sister-in-law, his uncle and

5    his young niece that were all on this island, as well as

6    another individual.  Was that Lazaro?  Whose name is Lazaro

7    Medina.

8              And you're going to hear testimony from all of

9    them.  Not the young niece.  The young niece was an infant.

10             And you're going to hear exactly what Alexis did.

11   And that you're going to hear, in fact, one of the witnesses

12   you're going to hear is Alexis' father, who was specifically

13   asked, as were the other witnesses, "did you have

14   conversations with Alexis about this trip?"  And he said

15   "no".  And he was asked, "why?"  And he said, "because if

16   Alexis knew I was going to do this, he wouldn't let me do it.

17   So we had no conversations," and that the first conversation

18   anyone had trying to contact him was after they were stranded

19   on the island.

20             The Government's going to say this is a nice little

21   story.  Well, ladies and gentlemen, sometimes truth is

22   stranger than fiction, and it's for you to decide what is

23   true, what is not.  The Government wants to dismiss what

24   happened in this case.  It's for you -- but that's for you to

25   decide, not for them.

1          So after I sit down, the Government's going to

2     start presenting its case one witness at a time.  I hope to

3     ably assist in developing the evidence for you, and at the

4     collusion of this case we'll get to address you again, and at

5     that time if you do not find beyond a reasonable doubt that

6     Alexis did what he's charged with doing -- and remember, the

7     burden of proof lies right there, right at the Government's

8     table.  And if they don't prove it, I will ask you to return

9     verdicts of not guilty as to each count.

10          Thank you.

11     * * * * * * * * * *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 61

```
1                        * * * * *

2                     I N D E X

3   Jury Voir Dire                          8

4   Opening Statements

5           By Ms. Sundaram                 53

6           By Mr. Abrams                   55

7                     * * * * *

8                 E X H I B I T S

9   (None.)

10                    * * * * *

11                  CERTIFICATE

12      I, Stephen W. Franklin, Registered Merit Reporter, and

13   Certified Realtime Reporter, certify that the foregoing is a

14   correct transcript from the record of proceedings in the

15   above-entitled matter.

16      Dated this 8th day of JUNE, 2010.

17

18       /s/Stephen W. Franklin
        _____
19       Stephen W. Franklin, RMR, CRR

20

21

22

23

24

25
```

## A

able (5) 19:17 20:8 57:2 58:22,25
ably (1) 60:3
above-entitled (1) 61:15
Abrams (37) 1:19 2:13,14,17,23,25 3:3,11,15,16
  3:19,22 4:22 5:2,23 6:1,4 7:5 9:25 10:2,13
  11:23 34:13,16 40:4 43:12 49:18,21 51:16,23
  51:24 53:4 55:18,19,21 56:2 61:6
absolutely (3) 6:10 29:22 39:22
Accept (1) 49:21
acclimated (1) 50:21
accounting (3) 17:16 37:17,18
achieve (1) 22:18
act (2) 57:11,12
activities (1) 36:1
activity (1) 16:7
acts (1) 52:1
Adam (2) 1:16 2:10
additions (1) 43:14
address (3) 14:8 51:16 60:4
administrative (1) 31:15
Administrator (1) 31:8
admitted (3) 52:6 55:2,4
ads (1) 18:16
adult (2) 21:12 23:3
advise (1) 51:15
affect (8) 15:21 18:21 22:2,5 23:12,17,22 33:25
AFPD (1) 1:19
afternoon (11) 7:13,19,21 8:6,8 10:2 24:2 41:25
  45:24 50:9 55:2
age (2) 35:8,10
agencies (2) 20:22 25:12
agent (1) 55:21
ages (1) 35:12
ago (5) 57:25 9 28:15 36:7 37:5,24
agree (3) 11:24 30:5,5
agreement (2) 19:23,24
ahead (3) 13:23 14:4 51:18
air (1) 20:18
airline (1) 26:5
airlines (2) 25:22 26:2
Akron (1) 32:22
alarms (2) 25:15,16
Alexis (18) 1:6 8:9 10:5,23 53:14 55:11,15 56:4,20
  57:17 58:12,15 59:3,10,12,14,16 60:6
Alfonso (1) 11:15
alien (6) 3:5 11:17 12:10 47:11 57:7,11
aliens (6) 11:4 46:14 53:15 55:8 57:7 58:1
alleged (3) 11:17 12:9 47:11
allegedly (1) 11:11
Allison (1) 4:14
Alternate (1) 50:1
alternates (4) 8:14 43:23 49:15,23
America (2) 1:3 8:9
American (2) 25:22 26:3
Anna (2) 8:19 19:1
announce (1) 27:16
answer (8) 32:6,9,11 34:22,23 40 10 50:8,12
answered (1) 25:18
answers (1) 13:23
anticipate (1) 50:11
anxiety (1) 44:24
anybody (10) 12:21 18:11 23:11 25:24 27:22
  30:18 39:14 44:1 45:15 48:23
anymore (1) 43:1
anyway (2) 37:5 56:10
apparently (2) 12:19 39:1
Appearances (1) 1:15
apply (1) 55:13
appreciate (2) 20:5 56:1
appropriate (2) 52:5 57:1
approximately (3) 3:8 23:6 58:21
area (1) 37:25
argument (4) 13:6 17:24 52:7 53:2
Arlette (2) 43:24 44:5
arraigned (1) 4:6
arraignment (2) 4:24 5:24
arrested (1) 16:12
arrests (1) 15:17
arrived (1) 53:17
asked (4) 23:18 31:12 59:13,15
asking (2) 14:4 23:15
asks (1) 52:2
assist (1) 60:3
assistant (6) 2:14 9:22,23 32:23 44:14 56:3
association (1) 40:21
associations (2) 21:18 48:1
attached (1) 20:25
attitude (2) 30:12,15
Attorney (3) 6:13 9:22,23
attorneys (1) 7:12
attorney's (3) 5:5,8 38:4
attractions (1) 56:12
audience (3) 44:2 45:13,20
AUSA (1) 1:16
automatically (1) 12:15
automotive (1) 17:15
Auxiliary (1) 35:24

## B

available (1) 51:10
aware (2) 3:21 5:4
a.m (1) 8:3

B (1) 61:8
back (18) 4:20 7:18 9:4 32:7 36:21 45:23 46:19,21
  49:1 50:13,18,22 51:12,17,19 55:5 56:25 58:23
background (1) 13:20
backgrounds (1) 29:23
bad (1) 42:11
Baltimore (1) 17:17
Bank (5) 22:12 26:13 27:7,8 58:18
Baptist (1) 24:5
bartender (1) 37:25
base (3) 20:19 21:1,1
based (4) 13:17 25:22 39:12 55:14
basically (2) 11:1 31:15
basis (1) 15:18
battery (1) 54:6
Beach (2) 1:23 48:1
bearing (1) 38:13
beginning (1) 4:3
behalf (3) 2:11,14 5:23
believability (1) 18:22
believable (1) 41:18
believe (32) 3:6 4:7 17 13:1,7,15 15:25 18:23
  20:12 21:4 24:21,22,24 25:18,23 27:12 29:6
  30:12,16,18,18 31:1 33:5 34:3 36:20 37:20
  38:21 41:18 43:7,9 48:20 56:1
believed (1) 39:12
Benihana (2) 36:16 51:3
bet (1) 56:22
better (2) 29:12 32:1
beyond (6) 12:7 13:4 30:9 38:16 55:15 60:5
bias (2) 29:25 30:3
big (4) 14:8 20:17 23:2 58:10
bilingual (1) 56:7
bit (4) 7:22 29:22 44:12 56:11
block (1) 39:6
blocks (1) 39:1
board (1) 28:18
boarded (1) 54:4
boat (9) 11:11,18 53:15 57:18,19,22,23 58:13 59:3
boatlift (2) 46:14,20
Bob (1) 41:18
born (7) 14:23 28:13 29:12 33:11 42:4 45:25 46:9
boss (1) 51:8
bottles (1) 54:5
bought (1) 37:1
box (2) 8:11 32:4
brief (8) 7:10 34:15 49:20 50:19 51:14 52:2,18,25
briefly (3) 6:19 51:16,24
bring (2) 30:1 53:16
bringing (1) 46:14
brings (1) 7:17
brother (1) 38:3
brother-in-law (3) 33:23 48:8,14
brought (5) 10:10 11:4,18 12:2 58:6
Buffalo (2) 16:24 17:18
burden (3) 13:4 38:15,15 60:7
business (5) 17:15 22:11 28:17 35:21 49:4
businesses (1) 35:21

## C

calendar (1) 2:4
CALENDER (1) 1:10
call (19) 1:10 2:1,4 8:15 32:5,8,11,15 34:23 35:2
  40:9,12 43:23 47:18 50:8 51:8,15 57:11,12
called (1) 8:10
calling (1) 9:2
calls (2) 58:23,25
calm (2) 45:3,4
Camuccio (3) 35:5 37:14 40:6
canned (1) 54:5
captain (1) 15:15
car (2) 39:1,7
card (1) 54:6
care (1) 25:1
caretaker (1) 18:10
Caridad (1) 11:5
Carmenate (1) 10:12
Carolina (2) 14:23,23
carried (1) 37:9
carry (7) 18:21 22:5 24:16 37:10 40:25 44:16
  48:2,7
case (76) 1:2 2:6,23 3:18 7:13,14,20 8:8 9:18,18
  9:19,24 10:6,13,14,15,22,22 12:10 13:9,11,14
  15:21 16:1,10,13 20:23,25 21:4 22:21 23:9,11
  23:12,13,16,23 24:11,17,23 25:24 37:20 38:13
  38:14 47:6,8,10,10,14,14 48:23 50:24 51:1,2,5
  52:15 53:11 54:6 56:11,13,16,18,19,19,23,24
  57:1,2,4,5,6,7,16,25 59:24 60:2,4
cases (8) 3:6 10:19 13:12 21:23 25:2 28:20,22
  56:18
Catala (3) 28:9 29:11 31:23
Catherine (2) 32:17,20
caught (1) 3:17

## [D column continues from here]

cause (2) 24:20 46:17
Cay (5) 54:12,25 58:18,21 59:1
cellphones (1) 58:20
Centennial (1) 22:12
certain (3) 4:10 6:20 57:17
certainly (5) 30:11 45:16 51:2 56:17,21
CERTIFICATE (1) 61:11
Certified (1) 61:13
certify (1) 61:13
chair (1) 53:2
challenge (4) 31:21 34:8 43:15 49:14
challenged (1) 31:19
challenges (2) 27:15 34:12 40:3
Chamber (4) 44:7,11 45:16 50:7
change (4) 4:8,15,16 5:17
changed (2) 5:15 9:14
charge (1) 57:6
charged (9) 10:6,11,24 11:2,4 16:8 18:13 55:7
  60:6
charges (4) 10:9 12:1,3,8
chase (1) 57:20
chased (1) 39:7
chasing (1) 39:7
chef (3) 15:13 40:20 41:6
chefs (1) 15:15
Chicago (1) 21:9
chief (1) 52:15
children (21) 14:25 16:25 17:2,4 21:12 22:13 23:3
  24:9 25:23 26:7,8,12 33:19,21 36:17 42:2,17
  44:8,10 46:2 49:5
Christine (3) 7:23 40:13,18
Ciao (2) 40:20 41:6
Circuit (1) 28:16
citizen (1) 11:17
citizens (1) 30:13
city (3) 15:11 42:17,20
civil (5) 9:18 28:25 47:6,10,14
classified (1) 18:15
Clematis (1) 1:22
clerk (1) 31:4 32:6 50:12
Cleveland (2) 43:24 45:25
client (1) 5:23
close (10) 15:4,4,7 16:9 17:20 21:13,18 37:17,19
  44:15
closely (1) 31:2
closest (2) 8:12 49:6
coast (18) 15:9 16:10 18:11 20:21,21 35:24,25
  37:16 49:6 53:17,20,21 54:3,18,24 55:3 57:15
  57:24
collectively (1) 39:7
collusion (1) 60:4
come (22) 4:20 8:21 9:1,13 11:5 13:2 22:4,19
  24:15,25 29:20,24 30:1,11,55 50:18,22 51:12,19
  53:2 55:9 57:8 58:1
comes (3) 30:17 51:17 57:25
comfortable (1) 13:22
coming (4) 11:6 34:4,4,4 36:12
commence (1) 7:14
Commerce (3) 44:7 45:16 50:7
commercial (3) 26:4 33:11,12
commissioner (1) 28:18
commit (1) 57:11
committed (1) 57:12
commodore (1) 38:3
common (1) 53:8
community (2) 25:25 45:15
company (8) 25:11,13 32:24 36:6 42:17,18,19,22
completely (2) 22:20 38:6
complicated (1) 56:17
con (1) 24:16
concern (2) 19:3 20:3
concerned (1) 19:2
concluded (1) 53:11
conclusion (1) 39:20
Congressperson (1) 30:6
consciously (1) 43:3
conspiracy (1) 10:11
construction (1) 33:22
consultant (1) 35:21
contact (1) 59:18
contained (1) 12:8
content (1) 23:14
contracting (1) 49:4
contractor (1) 42:23
conversation (1) 59:17
conversations (3) 48:21 59:14,17
cooked (1) 21:21
coordinator (1) 28:15
Corcoran (2) 32:17,20
corporate (1) 35:19
corporation (3) 17:16 36:9 45:10
correct (6) 12:2 26:28 21 29:1 42:13 61:14
counsel (3) 13:6 52:24 55:21,21 56:5
count (5) 11:14,18,16 60:9
counts (13) 6:21,21,24 7:1 10:24,24 11:8,9,9,19
  12:8,9 55:16
County (6) 11:13 23:5 30:17,19,21 33:16
couple (3) 13:9 21:22 32:25
course (3) 21:13 37:6 58:24

## [court column]

court (214) 1:1,22 2:1,2,6,8,12,16,22 3:2,10,12,13
  3:15,17,20,25 4:3,7,11,25 5:3,7,22,23 6:2,7,11
  6:15,18,23 7:4,6,11,15,17 8:2,6,21 9:4,9 10:7
  10:14,18 11:24 12:1 14:12,15,18,20,24 15:3,11
  15:16,20,24 16:3,16,21,23,25 17:3,6,9,12,17
  17:19,23 18:4,12,19,24 19:8,10,13,15,17,20,23
  20:5,11,14 21:5,13,19 22:1,7,15,17,24 23:6,8
  23:21,25 24:12 25:3,6,13,17 26:1,6,9,14,18,25
  27:6,10,18,22 28:3,7,10,15,19,22,24 29:2,5
  29:9,16,21 31:6,9,14,24 32:18 33:2,6,8,15,18
  33:22,25 34:2,6,10,14,21 35:2,7,10 36:5,10,19
  36:24 37:3,13,21 38:7 39:23 40:1,8,15,24 41:4
  41:7,11,14,22 42:7,11,14,18,21,24 43:10,13,19
  43:23 44:1,8,11,15,19,21 45:1,7,11 46:3,7,10
  46:12,16,23 47:1,11,9,13,18,21 48:5,14,18,20
  48:25 49:8,12,17,22 50:4 51:10,18,22 52:12
  52:15,17,22 53:6 55:18,19,20,23
courthouse (2) 56:17,20
courtroom (21) 8:1,4,17 9:3,6 10:17 28:8 30:11
  32:16 35:1,4 40:13 43:21,24 47:19 49:24 50:2
  51:21 52:20 53:7,10
cover (1) 54:1
coverage (1) 51:9
covered (1) 33:8
covers (1) 27:12
CPE (1) 1:21
cover (1) 58:17
credibility (5) 13:3 18:22 30:3,3 41:17
crime (1) 18:14
criminal (5) 9:18 10:22 47:10 48:8,15
CRR (2) 1:21 61:19
Cruz (19) 1:6 2:8,15,19 3:23 4:5 7:12 8:9 10:5,23
  53:15 55:11,15 56:4,8,20 57:18,22 58:12
Cruz's (1) 56:9
Cuba (16) 3:6 53:15,17 54:11,16,24,25 55:3,5
  57:11,13 58:14,22,23,24 59:2
Cuban (6) 28:13 53:18 54:4,15,18 55:9
currently (5) 20:18,23 23:4 35:20 37:16
Curtis (1) 45:25
custody (1) 2:19
customers (2) 21:17 22:4
Czechoslovakia (1) 19:3

## D

D (1) 61:2
Dailey (3) 47:19,21,23
Damon (2) 35:5 37:23
date (1) 39:15
Dated (1) 61:16
daughter (1) 17:24
daughters (2) 35:22 37:15
daughter's (1) 40:22
daughter-in-law (2) 29:15
David (2) 8:19 25:20
day (7) 12:11 13:9,14 38:12 50:9 54:13 61:16
Dayamis (2) 35:5 37:14
days (7) 3:1 4:23 12:20 13:9,10,14 47:2
Daytona (1) 14:22
De (20) 1:6 2:8,8,14,19 3:23 4:5 7:12 8:9 10:5,23
  53:14 55:11,15 56:4,8,9,20 57:17,22 58:12
DEA (1) 15:11
deal (1) 30:10
dealt (1) 10:19
Debbie (1) 23:1
Debra (1) 9:6
decide (15) 12:4,6,18,25 13:3,3,16 22:21 24:23
  30:2 38:21 39:12 57:1 59:22,25
decision (3) 11:21 23:12 30:14
defendant (3) 1:7,19 2:24 10:10,11,22 12:2,2,5,6
  27:4,4 38:17,18 53:14,16,19,20,22 54:1,12,19
  55:2,2,5,7,11,15
Defendant's (4) 6:13 53:23 54:9,10
defender (2) 2:14 10:5 31:3 56:3
defender's (1) 29:13
defense (11) 24:21,21 34:11,12 40:2 43:11,12
  48:15,15 49:17 55:18
delay (1) 5:12
Delia (3) 9:6 23:1 34:19
deliberations (1) 57:3
Delray (3) 48:9,16,19
department (3) 17:16 18:16 38:1
deposition (2) 3:7,8
depositions (2) 3:8 58:7
deputy (9) 8:1,17 9:3,6 10:17 28:8 32:16 33:24
  35:1,4 40:13,22,23 41 43:21,24 47:19 49:24
  50:2
describe (1) 39:2
determine (1) 52:5
developed (1) 58:17
developing (1) 60:3
development (1) 22:12
different (3) 18:17 20:22 35:11
difficult (4) 19:5,21 44:24 56:14
difficulty (2) 4:18 20:6
Dire (1) 10 61:3
direct (1) 41:10
directly (2) 20:24 54:2
director (1) 44:14

disagreement (1) 6:11
discuss (3) 23:13,16 25:2
discussed (1) 37:9
discussing (1) 50:24
discussion (1) 30:8
discussions (1) 40:24
dismiss (6) 6:20,22,24 7:1 57:10 59:23
dismissed (2) 7:6 11:8
dispute (3) 30:8 38:21 57:17
disputed (1) 12:4
disregard (2) 10:21 11:6
distinguished (1) 9:18
district (5) 1:1,1,13 11:3 56:3
division (1) 33:17
divorced (2) 15:2 25:10
doing (3) 29:2 35:15 60:6
Dolis (1) 10:12
Donald (2) 47:19,23
door (1) 51:13
doubt (5) 12:8 13:5 38:17 55:16 60:5
dozen (2) 26:20,21
driving (1) 54:21
drown (1) 43:3
duly (2) 43:20 50:1
Duval (4) 21:10 38:23 39:6,8

**E**

E (2) 61:2,8
early (1) 7:22
easier (2) 8:23 9:4
Eaton (2) 38:23 39:6
Eduardo (1) 10:12
educational (1) 36:1
effect (1) 44:17
eight (8) 27:8,10 28:14 34:18,25 40:3 43:14,15
either (5) 8:22 16:10 34:7 43:2 49:15
elect (1) 38:18
elicit (1) 52:16
Elisse (2) 40:14 42:15
else's (1) 31:11
emergency (4) 24:7,8,14,19
employed (1) 29:13
employment (1) 23:22
encouraging (4) 11:4 55:8 57:6,25
ended (3) 26:21 54:11 58:18
enforcement (24) 15:8 17:3,21 18:11 19:7 21:14
  22:14 24:6,7 25:11,25 26:17 29:15 32:24 33:22
  35:23 36:2,18 37:8,20 38:12 40:21 41:9 44:16
enforcement-type (1) 21:15
engine (1) 58:17
engineer (1) 14:16
engines (1) 57:21
English (1) 19:4
enough (2) 1:15 55:9
enters (2) 8:4 52:20
entirely (1) 29:5
entitled (1) 4:23
entrees (1) 51:3
entry (1) 11:6
error (1) 5:24
errors (1) 4:9
evaluate (1) 13:2
evening (1) 3:23
everybody (3) 3:18 20:2 26:22,22 31:20 43:6
evidence (20) 13:16,17 17:24 22:20 24:18 38:14
  38:17,19,20 50:25 52:1,1,5,6,10,16 55:10,13
  60:1,6
exactly (3) 19:22 50:13 59:10
exclusion (3) 12:7 13:5 38:16
excuse (4) 7:11 10:18 34:16 40:4
excused (8) 32:1,10 34:22 50:7,15
executive (2) 35:19 44:13
exits (1) 51:21
expect (2) 53:1,7
experiences (2) 29:23 30:1
explained (2) 29:21 31:1
explanation (1) 30:25

**F**

fact (7) 11:6 12:4 20:25 38:22,22 41:19 59:11
facts (2) 30:3,9
factual (1) 52:7
fair (17) 15:25 17:23 20:4,12 22:19 29:6,19,24
  30:14 31:1 34:3 37:20 41:1 43:7 47:6 48:12
  49:7
fairly (3) 17:17 19:18 39:19
families (1) 58:23
family (11) 14:25 33:18 40:25 41:8,10 54:9,10,19
  55:5 57:13 58:12
family-related (1) 41:8
far (7) 3:20 31:10 22:5 23:23 30:22 37:10 56:20
fast (1) 19:25
father (2) 59:4,12
fault (1) 9:15
favor (3) 27:2,3 30:14
Fay (1) 5:10
federal (5) 2:14 10:4 21:14 47:2 56:3
feel (3) 38:5 55:22,24

Fernandez (3) 10:3 56:6,6
fiction (1) 59:22
fiddle (1) 5:16
field (1) 42:6
filed (2) 51:25 52:1
final (1) 53:2
finance (1) 35:20
find (3) 54:4 55:14 60:5
fine (10) 3:25 4:22 5:17 6:7,15 29:5 36:19 41:14
  47:3 49:8
fined (1) 46:14
finish (2) 23:9 32:10
finished (1) 13:10
fire (1) 25:15
firm (2) 37:17,19
first (16) 2:5 6:25 8:8,12,13 9:9,20 11:3 13:21
  14:3,5 26:13 27:8 35:7 42:12 59:17
fishes (1) 17:8
fishing (1) 33:11
five (11) 34:25 35:18 36:7 37:4 38:25 40:3 43:14
  43:15 47:25 48:11 50:19
FL (2) 1:17,20
Flagler (1) 11:19
Florida (10) 1:1,7,23 18:7 27:7 29:13 42:17,20
  47:25,25
folks (9) 12:3 30:4,10 34:22 38:20 39:11,17 40:9
  50:15
following (5) 2:7 3:14 7:16 8:5 52:20
food (1) 54:5
forces (1) 26:21
foregoing (1) 61:13
Foreign (1) 38:1
forfeiture (1) 11:20
forget (1) 14:2
forgive (1) 35:10
forgot (1) 4:2
forward (5) 4:19 5:20 6:2 8:11 37:9
found (2) 41:17 54:22
founders (1) 36:25
four (19) 3:6,8,10 14:1 26:12 28:7 31:19,21,21
  32:3,9,13 34:7 35:2 37:4 42:2,4 43:14 46:2
fourth (1) 40:19
France (2) 42:4,5
Francine (2) 9:7 21:7
Franklin (1) 1:21 61:12,18,19
Fred (2) 32:16 33:10
free (2) 30:12,10,14
French (2) 42:2,5
frequent (1) 35:12
Friday (1) 4:5
frightening (1) 19:24
friends (21) 15:4,4,8 16:5,9 17:20 21:13,16 22:14
  24:6 25:11 26:16 36:18 37:8 38:5 40:22,25
  44:15 49:6 54:10,19
friendship (1) 15:20
friendships (1) 26:25
friends,(2) 8:21 55:25
full (1) 5:13

**G**

G (1) 1:19
game (1) 5:16
Gartenmayer (2) 32:16 33:10
Gary (2) 9:3 24:3
gee (1) 21:23
Gelman (2) 9:7 21:8
general (1) 16:4
gentleman (3) 24:1 37:22 45:22
gentlemen (13) 2:22 8:7 9:17 10:3 50:6 52:24 54:8
  54:13 55:1,7,22 57:9 59:21
George's (1) 23:5
Georgia (1) 20:18
getting (6) 15:7 21:20 22:3 30:22 36:21 52:7
Gilbert (2) 47:20 49:2
give (6) 5:1 14:5 36:5 40:15 45:22 57:3
given (1) 36:3
glad (1) 29:21
Glades (1) 30:20
glance (1) 50:17
go (20) 3:20 4:12 5:20 6:2,6 8:23 10:5 13:23 14:4
  14:5 17:25 27:14 32:10,14 36:12 39:8 47:16
  50:20 51:18,18
going (51) 3:20,24 4:19 7:25 8:7 10:25 11:12
  12:19 13:11,19 14:3 19:25 30:16 32:3,4 36:20
  46:23 50:19 51:9 53:1 54:8,9 56:15,15,21 57:9
  57:14,15,16,17,20,23 58:2,4,5,6,7,8,9,11,13,19
  good (43) 2:4,10,12,13 7:18 8:6 10:2,2 13:18
  14:12,20 16:16 18:24 20:11,11 22:15 23:21,25
  24:2 25:3 27:6 29:8 33:9 37:8 41:10,22 44:3,10
  37:13 40:1,22 41:4,25 42:7,7 45:17,24 46:3,10
  47:3,13 48:25 55:22
goofed (1) 35:15
gosh (1) 46:19
gotta (1) 13:18
government (33) 1:4,16 2:9 9:24 10:10 11:24 12:7
  13:4 21:14 27:3,3,14 28:5 31:18,19 34:7,10

38:15 43:13,15,17 45:5,7,8,9,17 49:14 51:25
  52:3,8 57:6,10 59:23
Government's (3) 59:20 60:1,7
go-fast (2) 53:17,22
GPS (5) 54:5,20,22,23,23
grade (1) 40:19
Grady (3) 9:6 22:9 34:20
grand (1) 4:4
grandchildren (1) 46:2
Great (1) 41:15
Green (1) 14:17
group (1) 55:25
grown (1) 35:22
Guard (16) 15:9 16:10 18:11 20:21,22 35:24,25
  37:16 49:6 53:20,21 54:3,18 55:4 57:15,24
guess (4) 28:25 34:18 36:11 45:6
guilt (3) 11:22 12:4,5
guilty (3) 12:3 55:15 60:9
guys (1) 56:23

**H**

H (1) 61:8
habit (1) 35:14
hailer (1) 53:24
half (5) 7:20 13:9,14 26:20,20
Halprin (1) 36:24
hamburger (1) 15:5
hand (6) 16:17 20:1 22:7 24:1 26:10 49:1
handle (1) 39:23
handled (1) 11:20
hands (2) 49:5 53:8
happened (6) 12:17 21:2 23:14 38:11 57:17 59:24
happening (1) 12:20
happenings (1) 18:17
happens (1) 56:7
hate (1) 6:16
Havana (1) 58:6
headed (4) 53:18 54:2,16 55:5
heading (1) 9:14
Health (1) 24:5
healthcare (1) 24:4
hear (30) 11:1 33:3 42:21 43:1,4,4 53:21 54:8,9
  54:13,20,22 55:2,3 56:15 57:9,15,20,23 58:2,4
  58:5,8,11,19,21 59:8,10,11,12
heard (9) 2:6 3:13 7:15 12:21 19:21 22:17 40:24
  50:25 56:19
hearing (1) 43:4
heart (1) 13:24
heart's (1) 23:14
heavy (1) 38:15
Heeter (3) 9:18 18:7 27:20
held (1) 2:17
Hello (1) 18:6 25:8,20
help (2) 12:22 45:14
helping (1) 50:14
Hendry (3) 30:17,19,20
Hi (4) 19:1 21:7 26:11 39:1
high (6) 11:2,12 12:14 26:20 42:2 48:1
hiring (1) 51:1
Hispanic (1) 11:13
Hispanic-sounding (1) 11:13
history (1) 36:2
hold (2) 12:20 20:1
holding (1) 55:24
home (2) 14:21 16:23
homemade (1) 58:17
Honor (2) 18:6 22:12
Honor (34) 2:10,13 3:1,22 4:2 5:21 6:10,13,16,19
  7:8 10:13 11:25 20:16 24:24 27:16 28:1,6
  31:22 34:9,13,16 40:4 43:12,17 49:16,21 52:2
  52:4,8,10,13 53:4,13
HONORABLE (1) 1:12
hope (3) 20:13 57:2 60:2
hopefully (1) 29:20
Hospital (1) 24:5
hour (1) 50:15
hours (3) 3:8 39:4 59:3
housewife (1) 17:10
Hurtubise (2) 8:18 16:19
husband (22) 17:4,6,7,13,14,19 18:10 19:11 21:10
  23:2,4,19 28:16 29:15 30:20 32:22 37:15 40:19
  42:5,16 49:3,6
husband's (2) 40:18,23
Hyatt (4) 35:7,13,16 36:13 51:3

**I**

illegally (2) 57:8 58:1
Illinois (1) 21:9
illuminating (1) 53:23
immediately (1) 7:24
impaneled (1) 43:20
impartial (13) 16:12 21:4 22:19 24:11 25:23
  34:4 36:4,18 38:6 41:2 43:8 49:7
important (3) 45:15 56:19,24
importantly (1) 55:1
incidentally (1) 55:5
including (1) 50:6

**I** (right column continues)

independent (1) 58:14
index (1) 53:2
indicated (2) 13:16 39:18
indict (2) 5:11,17
indicted (1) 16:12
indictment (18) 4:4,8,18 5:19,25 6:3,5,21,23,25
  6:25 9:19 10:5,16,23 55:8,16 57:8
indictments (2) 4:12 7:1
individual (3) 10:6 58:13 59:6
inducing (4) 11:4 55:8 57:7 58:1
infant (1) 59:9
influence (1) 18:21
information (2) 18:17 35:20
innocence (1) 11:22 12:5
innocently (2) 23:11,16
input (1) 31:13
instruct (3) 23:10 50:8 55:13
instructions (2) 13:7 17:25
intend (2) 52:13,16
intent (1) 51:25
interdicted (1) 16:11
interesting (1) 38:11
interpret (1) 30:9
interpreter (1) 38:15
interpreting (1) 28:19
interrupt (1) 46:16
introduce (2) 9:20 51:25
introduced (1) 10:8
investigator (2) 10:4 56:6
invoke (1) 53:4
involve (2) 11:10 57:13
involved (13) 10:11 16:9,12 20:23,24 21:3 25:2
  35:23 36:1 45:16 46:13 56:18 57:22
involves (1) 10:22
involving (2) 20:24 47:11
Iraq (1) 23:4
irrespective (1) 41:18
Isis (2) 28:9,12
Islamorada (8) 35:18,25 47:24 48:9,10,16
  49:5
island (5) 27:1 54:12 58:22 59:5,19
issue (6) 6:17,20 51:16 52:10
issues (3) 12:4 56:22,22
items (1) 54:23

**J**

jail (1) 33:1
JAMES (1) 1:12
Jersey (1) 37:25
jewelry (1) 31:10
job (1) 31:11
jobs (1) 15:6
Joyce (2) 7:23 9:12
Jr (4) 8:18 14:10 43:25 45:25
judge (17) 1:13 2:17,21 3:3 5:9,10 8:1 10:17 28:8
  41:17 47:2,2,9 48:11 51:16,24 55:13 56:10
judges (1) 47:3
judgment (1) 18:20
Judicial (1) 28:8
July (4) 1:18 38:24 39:5,16
JUNE (1) 61:16
juries (1) 8:7
juror (143) 13:21 14:10,14,16,19,22 15:1,10,13
  15:19,23 16:2,15,19,22,24 17:1,5,7,11,14,18
  17:22 18:3,6,15,23 19:1,9,12,14,16,19 20:3,10
  20:13,16 21:7,16,25 22:6,9,16,23 23:1,7,20,24
  24:2,24 25:4,8,15,20 26:3,8,11,15,24 27:5,8,20
  28:1,12,21,23 29:1,4,8,11,17,18,20,23,25 30:2
  33:4,7,10,16,20,23 34:1,5,11,18,19,20 35:7,9
  35:17 36:8,13,23 37:1,1,12,14,23 39:22,25 40:5
  40:5,7,18 41:3,8,9,21,24 42:10,13,15,19 43:23
  43:9 44:5,9,13,18,20,22 45:4,9,24 46:6,9,11,13
  46:22,25 47:7,12,15,17,23 48:6,17,19,24 49:2
  49:11 51:7,15
jurors (10) 8:16 27:24 29:24 32:15 35:2,13 40:2
  40:12 46:18 50:1
jury (28) 1:11 4:4 7:14,18 8:11 9:17 10:3 11:22
  19:18 23:15 29:7,18 30:2 31:19 32:11 39:3
  42:6 43:18,19,20 50:15,16,20 51:17,21 52:1
  52:20 61:3

**K**

Keep (1) 9:2
keeping (1) 53:10
Kendall (1) 14:22
Key (25) 1:7 14:8 18:7 19:15,16 20:17 21:11,12
  24:3 25:9 26:12,18,22 28:13,14,17 29:12 30:18
  25:21 40:20 42:3 46:4,7 49:3,9
Keys (16) 14:13,21 16:6,8 18:8,18 19:2 21:8 23:3
  25:21 40:20 42:3 46:4,7 49:3,9
Kian (2) 15:13,14
kidding (1) 43:5
kids (2) 19:6 42:4
kind (6) 20:23 40:24 44:24 56:12 57:10,21,21
kinda (1) 44:18
kindly (1) 8:10
King (2) 1:12 56:10
knew (1) 59:16

**know (45)** 4:13,22 5:3,4,4,5,10,14 7:24 10:7 12:13
12:16 13:24 14:8 15:5 18:11 19:20,21,21 22:5
22:18 23:23 24:22 25:14 27:1 29:19 30:17,19
30:21 32:24 35:13 37:7,11 38:9,10 39:9,15
44:18 45:2,14 48:6 50:10 51:1,8 59:2
**knowing (1)** 11:5
**Knowles (6)** 43:25 44:1,2,3 45:25 47:16
**knows (1)** 26:22
**Kulbaba (2)** 40:14 42:15

**L**

**La (20)** 1:6 2:8,14,19 3:23 4:5 7:12 8:9 10:5,23
53:14 55:11,15 56:4,8,9,20 57:18,22 58:12
**ladies (13)** 8:6 9:17 10:2 32:3 50:5 52:24 54:8,13
55:1,7,22 57:9 59:21
**lady (15)** 8:24 9:9,11 13:22 16:17 18:5,25 21:6
22:7,25 25:7 26:10 29:10 49:1 50:7
**landing (1)** 21:1
**large (1)** 38:24
**Largo (8)** 18:7 19:16 24:3 28:13,15,17 37:18
42:16
**late (2)** 5:17 46:22
**law (37)** 11:7 13:7 15:8 17:3,21,25 18:11 19:7
13:15,14 22:14,21 24:6,7 25:11,25 26:16 28:24
29:14 30:4,5,5,9,9 32:24 33:23 35:21 36:12,18
37:8,19 38:11,22 40:21 41:9 44:16 55:13
**LAWRENCE (1)** 1:12
**laws (1)** 30:7
**lawyer (1)** 48:8
**lawyers (6)** 17:25 19:24 24:13 42:25 43:2 53:9
**Lazaro (2)** 59:6,6
**lean (2)** 24:20,21
**learn (1)** 5:4
**leave (4)** 7:12 29:5 32:4,5
**Ledwith (2)** 40:13,18
**left (3)** 54:11,15 58:14
**legal (1)** 52:7
**length (1)** 3:9
**let's (3)** 5:22 9:10 40:15
**Lichvar (2)** 8:19 19:1
**lies (1)** 60:7
**life (5)** 26:13,19 29:12,23 30:1
**lights (1)** 54:2
**listen (18)** 12:11,16 13:6,16 17:24,24,25 22:20,20
24:18,22,25 38:14,20 43:1,5 52:5 55:12
**listened (2)** 21:23 42:25
**listening (1)** 12:24
**little (9)** 3:4 7:22 19:3,23 20:3 44:12 50:20 56:11
59:20
**live (25)** 14:7 16:18,20 18:7 19:2 20:17 21:11 23:2
24:3 25:9 26:12 28:11,13 32:18,21 35:16,18
40:16,18 42:1 44:6 47:22,24 48:9,11
**lived (14)** 14:13 18:7 22:10 23:2 25:21 26:23
28:14 40:20 42:16 46:4,7 47:25 49:2,9
**living (3)** 14:15 21:8 26:18
**local (1)** 45:7
**located (2)** 36:7 54:24
**locksmith (1)** 39:10
**long (17)** 2:22,23 14:13,18 16:21 23:6 26:1,1 27:7
29:3 42:25 46:5,7,20 49:9 56:13,16
**longer (1)** 3:4
**look (1)** 55:12
**looked (2)** 4:14,14
**looking (2)** 13:25 30:24
**looks (1)** 4:15
**lot (11)** 12:12 16:7 18:17 24:7 30:1 31:9 32:1 37:7
38:4 43:3 57:14
**loud (1)** 53:24
**Louis (2)** 10:3 56:6
**love (2)** 42:6 57:12
**Lower (1)** 14:10 25:21

**M**

**mainland (1)** 59:1
**maintenance (2)** 14:16 33:17
**Majeska (3)** 28:9,12 31:23
**man (1)** 58:14
**manager (3)** 25:10 32:23 46:1
**manner (1)** 11:21
**Marathon (5)** 16:20 22:10,16 44:6,7
**March (5)** 11:2 53:14 55:10 57:18,24
**Marie (1)** 8:19
**Mariel (2)** 46:13,20
**Mariners (1)** 24:5
**Mark (2)** 35:5 36:13
**Market (1)** 46:1
**married (20)** 14:25 15:1,1 16:25 17:1 22:12 24:9
25:23 26:7,8 32:22 33:19 36:17 37:15 42:1,1
44:8 46:1 47:24 49:3
**Marriott (1)** 17:15
**marshal (2)** 8:11 51:13
**Martha (2)** 36:24 37:2
**Martha's (1)** 36:14
**Maryland (1)** 23:5
**Matanzas (1)** 54:24
**Matecumbe (1)** 14:11 25:21
**material (1)** 38:22

**Mathijsen (1)** 41:25
**Mathijsen-Palay (1)** 40:14
**matter (7)** 3:13 9:21 13:2 30:14 35:14 56:5 61:15
**matters (3)** 7:15 11:20 30:6
**ma'am (14)** 8:21 9:5,14 14:1 18:2 27:23 28:3,10
32:23 33:9 40:16 42:24 44:3 53:12
**McDowell (3)** 8:19 20:16 34:17
**mean (10)** 13:24 15:5,6 26:20,22 30:23 35:13
38:13 39:13 41:10
**meaningful (1)** 57:3
**means (1)** 19:22
**meant (1)** 26:6
**meat (1)** 54:5
**medical (1)** 42:6
**Medina (1)** 59:7
**Melissa (2)** 9:6 22:9
**member (2)** 35:24 49:6
**members (2)** 40:25 58:11
**memory (1)** 37:3
**mention (4)** 4:2 52:3,8,14
**Merit (1)** 61:4
**met (1)** 13:4
**metro (1)** 37:24
**Miami (5)** 1:17,20 25:22 28:14 37:17
**microphone (5)** 2:16 36:5 39:20 45:22 49:1
**middle (1)** 37:17
**midsize (1)** 35:21
**miles (1)** 58:21
**Milian (2)** 8:19 26:11
**mind (4)** 22:20 24:17,23,25
**minds (1)** 24:13
**Minneapolis (1)** 36:8
**Minnesota (1)** 36:8
**Minor (1)** 4:9
**minute (4)** 4:13 5:9 9:12 46:16
**minutes (2)** 27:24 50:20
**misleading (1)** 39:14
**misrepresenting (1)** 39:14
**mistaken (2)** 39:11,15
**modern (1)** 54:16
**moment (2)** 34:13 49:18
**monitor (1)** 25:15
**Monroe (2)** 11:3 33:16
**month (2)** 11:23 48:11
**months (2)** 4:13 48:11
**Morale (1)** 38:2
**morning (11)** 2:4,5,10,12,13 10:2,19 26:23 32:8
47:14 50:11
**mother (1)** 26:12
**move (4)** 6:22 19:2 27:20 31:22
**moved (7)** 20:17 24:3 25:9 28:14 36:13 37:23 42:3
**moves (1)** 11:1
**movie (1)** 13:1
**movies (4)** 12:13,18,22,24
**moving (1)** 14:21
**MP (1)** 23:4

**N**

**N (1)** 61:2
**name (36)** 4:16 11:15 14:7 16:18,19 18:6 19:1
21:7 22:9 23:1 24:2 25:8,20 27:18 28:11,12
29:11 32:18,20 33:10 35:8,10,16 36:13 37:14
37:23 40:16 41:25 42:15 44:4,5 45:24 47:21,23
56:2 59:6
**named (2)** 44:1 57:7
**names (8)** 4:10 8:10,15 11:10,10,13,13,13
**name's (1)** 26:11
**nationals (5)** 53:18 54:5,15,19 55:9
**nature (1)** 35:23
**naval (1)** 20:18
**Navy (5)** 15:11 33:1,2 38:2,3
**NA's (1)** 38:5
**near (3)** 52:14 54:24,25
**necessarily (1)** 21:16
**need (8)** 4:5 5:9 13:10 14:7 32:7,12 45:17 50:13
**needed (2)** 6:20 50:11
**neighbor (1)** 21:21
**neighbors (2)** 17:20 22:14
**nervous (1)** 45:5
**never (3)** 19:21 35:12 54:17
**new (5)** 16:24 17:18 37:25 40:2 43:14
**newspaper (2)** 18:9,12
**next-door (2)** 17:20 21:21
**nice (1)** 59:20
**niece (3)** 59:5,9,9
**night (4)** 38:24 39:9 54:2 57:23
**nine (1)** 25:9
**Nobody's (1)** 35:22
**nonguilt (1)** 12:5
**nonissues (1)** 56:23
**nonsense (1)** 5:16
**normal (1)** 39:8
**north (1)** 20:17
**northbound (2)** 53:18 54:2
**Northeast (1)** 1:17
**notice (2)** 5:13 51:25
**notify (1)** 7:23
**number (27)** 8:13 9:13 10:24 11:16 12:9 13:21

22:8 27:17,18,21 28:2 32:6,11 34:17,18,19,20
34:23 40:5,6,10 48:2 50:8,12 51:15 56:14
57:19

**O**

**objection (1)** 7:4
**objective (4)** 17:24 29:6,24 31:2
**objectively (2)** 17:14 39:19
**obviously (2)** 39:10 59:2
**offense (1)** 16:8
**offered (1)** 52:10
**offhanded (1)** 57:10
**office (8)** 5:5,8 10:4 18:16 25:10 29:13 38:4 56:7
**officer (4)** 22:12 23:5 30:16 37:16
**officers (7)** 16:10 25:2 30:18 32:24 38:5 53:21
55:3
**Official (1)** 1:22
**oh (10)** 2:19 5:9 15:8 26:6,7 30:16 33:2 36:8 41:14
49:12
**Ohio (1)** 32:22
**okay (32)** 3:25 6:15 13:25 15:3,16,20 16:23 17:19
18:12 21:13 22:17 24:12 25:18 26:1,6,14,18
28:19 29:2,5 31:6,15 33:6,18,18,25 35:17
40:24 41:14 44:8,11,15,20,21 46:10,18,19
47:21 48:14,20 49:8,12
**onboard (4)** 54:5,14,21 58:20
**once (4)** 21:17 31:12 54:3 56:2
**ones (1)** 36:1
**open (4)** 22:20 24:17,23,25
**opening (6)** 1:10 52:3,9,14,25 61:4
**open-minded (1)** 29:19
**operated (2)** 36:14,15
**opinion (1)** 18:20
**opportunity (2)** 38:19 56:11
**order (1)** 2:1
**ordered (1)** 53:23
**ordering (1)** 53:24
**original (1)** 6:13
**originally (2)** 21:9 22:11
**outcome (1)** 57:2
**outline (1)** 53:1
**outside (1)** 53:10
**overall (1)** 26:25
**owned (3)** 17:14 36:14,15
**owner (1)** 36:22
**owns (1)** 49:9
**o'clock (4)** 32:8 38:24 40:10 50:9

**P**

**pad (1)** 27:14
**Palay (1)** 42:1
**Palm (1)** 1:23
**Pam (1)** 29:11
**Pamela (1)** 39:9
**panel (1)** 34:10
**pare (1)** 56:22
**Paris (1)** 42:5
**part (4)** 7:19 21:2 29:12 56:24
**partial (1)** 33:5
**particularly (6)** 15:8 38:11 45:2 56:13,14,17
**parties (2)** 9:20 21:2
**part-time (3)** 21:11,11 32:25
**Pass (3)** 29:10 37:13 42:14
**patients (1)** 24:14
**pause (3)** 7:10 34:15 49:20
**Pennsylvania (1)** 18:8
**people (29)** 9:10 10:8,12 11:10,10,16 12:22 16:7
18:1,13 20:20 22:19 24:17 26:20,21 27:1 29:23
30:1,13 32:25 35:12 37:7 38:9,25 55:25 57:19
58:20 59:1,2
**peremptory (5)** 27:15 31:21 34:8 40:3 43:15
**Perez (1)** 11:15
**permit (1)** 50:20
**person (3)** 12:17 13:2 20:15
**personal (1)** 24:6
**personally (1)** 32:25
**personnel (2)** 24:7 31:10
**Peryam (1)** 44:18
**Philadelphia (1)** 37:24 40:7
**phone (13)** 14:23 15:14 36:24
**pick (3)** 53:15 55:5,23
**picked (3)** 30:20 53:17 59:4
**picking (1)** 7:14
**pilot (6)** 25:22 26:2,3,4,4,5
**Pine (3)** 14:10 37:22
**place (2)** 15:14 45:3
**playing (1)** 5:16
**plays (1)** 37:3
**please (20)** 2:3 7:23 8:15,24 10:18,21 23:10 28:11
32:19 35:3,8 40:9,17 49:24 50:17,18,24 52:22
53:7 55:19
**pleasure (1)** 56:4
**pled (1)** 12:2
**plumber (1)** 22:16
**point (2)** 31:20 32:12
**police (9)** 15:11,15 16:10 23:5 24:20,20 26:21

30:16 38:5
**policemen (1)** 48:2
**Pons (1)** 12:15
**popcorn (1)** 12:15
**position (1)** 52:4
**possible (1)** 51:8
**possibly (1)** 50:11
**practice (2)** 5:8 48:16
**preconceived (1)** 29:25
**prediction (2)** 12:21
**prefer (2)** 47:5,10
**prejudice (8)** 16:13 24:16 27:2 29:25 30:24 37:10
41:1 48:23
**present (3)** 5:23 38:19 58:12
**presented (1)** 9:7
**presenting (1)** 60:2
**preside (1)** 30:8
**presiding (1)** 47:1
**pressure (2)** 13:7 48:15
**pretty (3)** 18:17 45:3,4
**Prince (1)** 23:5
**principal (2)** 48:1,3
**prior (3)** 4:3 23:22
**private (1)** 45:10
**privy (1)** 18:17
**pro (1)** 24:16
**probability (1)** 32:7
**probably (6)** 13:11 19:21 26:19 34:23 40:11 44:12
**problem (4)** 5:2 24:11 25:5 46:18
**problems (1)** 31:10
**procedure (1)** 5:5
**proceed (1)** 6:14
**proceedings (10)** 1:11 2:7 3:14 7:10,16 8:5 34:15
49:20 52:21 61:14
**professional (1)** 24:4
**progressed (1)** 12:14
**promptly (2)** 7:14,22
**pronounce (1)** 11:14
**original (4)** 13:4 38:15 53:1 60:7
**property (1)** 18:10
**PROSPECTIVE (130)** 14:10,14,16,19,22 15:1,10
15:13,19,23 16:2,15,19,22,24 17:1,5,7,11,14
17:18,22 18:3,6,15,23 19:1,9,12,14,16,19 20:3
20:10,13,16 21:7,16,25 22:6,9,16,23 23:1,7,20
23:24 24:2,24 25:4,8,15,20 26:3,8,11,15,24
27:5,8 28:12,21,23 29:1,4,8,11,17 31:5,8,12
32:20 33:4,7,10,16,20,24 34:1,5 35:9,17 36:8
36:13,23 37:1,12,14,23 39:22,25 40:18 41:3,6
41:9,12,21,24 42:10,13,19,23 43:4 44:4,5,9
44:13,18,20,22 45:4,9,24 46:6,9,11,13,22,25
47:7,12,17,23 48:6,17,19,24 49:2,11 51:7
**prove (1)** 60:8
**proven (1)** 12:7
**proving (1)** 38:16
**public (7)** 10:4 29:13 31:3 33:13,15,17 56:3
**purpose (1)** 51:8
**pursuit (1)** 57:22
**put (3)** 5:10 9:9 38:17
**p.m (3)** 8:3 52:19,19

**Q**

**question (6)** 16:4 22:1 24:2 38:7
**questions (7)** 13:19,24 14:2,6 22:18 27:12 56:9
**quite (3)** 23:16 42:21 53:19

**R**

**raft (1)** 58:16
**Rah (2)** 56:24,25
**raise (3)** 56:16 49:25 53:7
**raised (2)** 33:11 45:25
**Ramrod (1)** 14:11
**Raquel (1)** 11:15
**reach (2)** 18:1 30:14
**reaches (1)** 23:15
**read (1)** 4:13
**ready (4)** 2:21 6:2,6,14
**real (1)** 42:11
**realized (1)** 6:20
**really (14)** 15:7 21:18,20 22:3 29:17 31:24,25 36:1
36:3 38:13 43:5 44:22 45:1 55:16
**Realtime (1)** 61:3
**reason (6)** 3:3 5:15 17:23 29:22 55:23 57:24
**reasonable (6)** 3:2 12:8 13:5 38:16 55:16 60:5
**reasons (1)** 58:3
**recess (7)** 5:10 8:3 50:19,22 51:14 52:18,19
**reckless (1)** 11:6
**recognize (1)** 20:20
**record (1)** 61:14
**recorded (1)** 58:9
**recordkeeping (1)** 31:10
**Recreation (1)** 38:2
**red (2)** 39:1,7
**refer (1)** 58:16
**referred (1)** 10:20
**regardless (1)** 29:23
**registered (2)** 24:4 61:12
**regular (1)** 15:18
**regularly (1)** 15:6

reject (2) 39:13 41:20
rejected (1) 29:18
related (1) 52:9
relations (1) 37:19
relationship (2) 20:21 48:22
relationships (1) 25:24
relatives (7) 15:4 16:5,9 22:14 26:16 29:14 44:16
reluctance (1) 40:6
remain (2) 32:5 50:6
remaining (1) 11:9
remember (1) 60:6
render (1) 13:5
Rene (2) 9:3 25:8
renter (1) 21:17
repeat (1) 20:7
Replace (1) 28:7
report (1) 18:13
reporter (6) 1:21,22 18:9 55:24 61:12,13
represent (1) 9:24
representing (1) 56:4
rescue (1) 58:2
rescued (1) 54:12
reserving (1) 11:21
residence (3) 11:7 48:10,11
residents (1) 47:25
resolution (1) 3:22
respiratory (1) 24:4
responders (1) 24:8
response (1) 52:2
responsibility (1) 53:10
rest (2) 43:5 50:9
restaurant (6) 19:9,10,15 36:15,16 37:1
restaurants (1) 36:21
restrooms (1) 50:21
result (1) 59:3
retail (1) 32:24
retired (11) 17:7,9,11,13 23:5,6,7 33:24 35:19 37:15 48:1
retirement (1) 36:7
return (1) 60:8
returned (2) 4:4 6:6
Richard (3) 35:5,9,17
Richmond (1) 22:11
right (76) 2:4,22 3:2,12 6:7,15 7:7,11,17,21,24 8:2 8:12,15,25 9:16 10:9,15 11:1,8,14 13:3,16 15:25 17:12 18:19 19:17 21:25 22:6 23:8 25:18 26:6 27:11 28:7,10 29:20 30:14 31:24 33:18 34:3,21 35:2,7 37:6 39:20 40:2,9,15,16 41:16 42:8,10 43:7,13 45:12,22 47:5,13,18 49:13,22 49:25 50:5,11 51:13,14,22,23 52:18,24 53:3,6 53:8,9 58:5 60:7,7
RMR (2) 1:21 61:19
roar (1) 38:25
Rogers (2) 8:18 14:10
Romo (2) 9:3 25:8
roofing (3) 42:19,22,23
room (4) 24:8,14,19 50:20
routes (1) 54:22
routine (1) 12:19
row (5) 8:13,22,24 9:4,10
rule (1) 53:4
run (1) 11:12
running (1) 54:2
rustic (1) 54:11
rustica (1) 58:16
r-u-s-t-i-c-a (1) 58:16

S

S (1) 61:8
Sal (5) 54:12,25 58:18,21 59:1
Sandra (2) 8:18 16:19
Sarah (2) 8:18 18:6
sat (1) 21:22
satellite (2) 54:6,7
save (1) 52:14
saw (1) 38:24
saying (4) 19:18 20:9 31:24 51:4
Saylor (4) 35:5,9,17 40:5
says (3) 4:15 38:23 39:4
scheduled (2) 6:3 7:19
school (5) 26:19,20 37:17 42:2 48:1
schoolteacher (1) 42:9
school-related (1) 48:4
Schwartz (29) 1:16 2:10,11 3:1 4:1,2,9 5:4,14,21 6:8,10,16,19 7:3,8 9:21,22 11:25 27:16,20 28:1 28:5 31:22 34:9 43:17 49:16 52:12,13
scoutmaster (3) 40:21 41:12,19
screen (1) 58:10
seas (2) 11:2,12
seat (15) 8:11,12,13,22,23,25 9:13 28:4 34:17,18 34:20 40:5,6 45:19,20
seated (11) 2:3 27:19 34:17,18,19,20 43:22 50:3 51:22 52:22 56:5
seats (4) 50:18,23 51:12,20
second (5) 4:3 6:4 8:22,24 46:2
section (1) 50:16
security (3) 25:10,13,16
see (17) 6:23 14:24 15:5 24:7 25:17 27:14 30:23

34:23,25 37:3 39:7 40:11 43:1 46:17 47:13 50:17 56:15
seek (1) 51:25
seen (1) 56:18
seized (1) 11:11
select (2) 8:7 50:14
selection (1) 32:11
self-employed (1) 49:4
self-explanatory (1) 44:12
sense (2) 24:18 47:5
sensible (1) 30:25
September (1) 42:12
series (1) 10:19
serve (6) 13:13 29:17 42:6 47:5,9,10
server (2) 19:6,8
service (2) 33:13,15
serving (1) 23:4
set (2) 3:23 5:12
Seventeen (1) 31:5
sever (4) 4:11,19 5:11,18
severance (1) 4:25
sewer (1) 28:18
share (1) 56:18
sheriff (7) 24:8 33:24 40:22,23 41:13,16 44:20
she'll (1) 7:24
shift (1) 9:10
ship (1) 16:11
shooting (1) 57:21
Shores (1) 56:14
short (3) 13:20 50:22 56:21
show (5) 51:13 54:23 55:10 56:12 57:14
sic (1) 13:5
side (1) 31:16
SIM (1) 54:6
similar (1) 20:25
simple (1) 13:20
simply (6) 11:9 30:7,13 31:2 38:20 52:2
singing (1) 55:25
single (2) 2:24 26:12
sir (35) 2:25 3:11,16,19 4:22 6:1 7:5 8:25 11:23 15:19 17:5,11,22 18:3 22:23 23:20,24 24:24 25:6 26:9 34:1,5 36:10 37:12 39:24 46:6,9,11 47:8,12 48:17 51:6,24 55:19,20
sister (1) 38:1
sister-in-law (1) 59:4
sit (6) 24:22 38:9 43:2 45:12 47:7 60:1
sitting (3) 29:7 56:8 58:9
Sivashere (1) 1:16
six (2) 29:4 37:24
Sixteenth (1) 28:16
slow (2) 20:1,7
small (3) 18:16 35:21 58:17
smuggling (4) 3:5 12:10 47:11 57:12
sole (1) 36:22
somebody (10) 15:5 16:11 21:21 27:13 30:2 31:11 32:1 38:23 41:11 56:8
Somelian (2) 9:3 34:3
son (3) 15:2 23:3 29:15
son's (3) 40:21 41:12,19
sooner (1) 13:13
sorry (9) 2:17 9:14 33:2,12 35:10 41:14 42:24 44:9 46:6
sort (2) 16:8 39:17
sounds (1) 32:1
South (2) 14:23,23
southern (2) 1:1 37:25
speak (1) 52:25
specialty (1) 38:8
specifically (2) 31:7 59:12
speech (1) 42:25
spelling (1) 4:16
spent (1) 29:12
spot (1) 9:13
spotlight (1) 53:24
spotted (2) 53:20,22
stand (4) 5:9 49:24 53:7 58:4
standing (4) 3:18 9:22,23,25
start (5) 7:22,25 36:20 50:24 60:2
starting (1) 10:20
state (8) 26:13 27:7,8 28:22,24 31:3 38:4 47:3
statement (4) 47:6 52:4,9,25
Statements (2) 1:11 61:4
States (21) 1:1,3,13 2:8,11 8:8 9:21 11:5,18 53:16 53:18,20,21 54:3,17 55:3,6,9 57:8 58:1 59:1
station (2) 20:18 35:25
status (1) 12:14
stay (3) 9:12 31:18 32:10
step (4) 8:10 27:23 32:2 45:20
stepchildren (2) 17:2 24:10
stepdaughter (1) 22:13
Stephen (3) 1:21 61:12,19
Stewart (4) 1:19 2:13 9:25 56:2
stop (3) 5:10 53:23,25
stopping (1) 57:22
store (1) 21:10
story (3) 54:9,10 59:21
stranded (2) 54:11 59:18
stranger (1) 59:22

street (9) 1:17,19,22 14:8 21:11 38:23,25 39:6,8
stressful (1) 45:2
stress-related (1) 44:24
Strictly (1) 48:3
strike (3) 10:18 27:20 31:22
striking (1) 35:24
strong (1) 25:4
students (1) 48:7
stuff (2) 12:13 45:5
Suarez (15) 1:6 2:8,15,23 4:5 7:13 8:9 10:5,23 53:15 55:11,15 56:5,20 57:18
Suarez's (2) 57:22 58:12
subconsciously (1) 43:3
subject (1) 11:19
substance (1) 5:18
Sugar (1) 36:9
Sugarloaf (2) 36:14 42:1
suggest (1) 39:14
suit (1) 2:20
Suite (1) 1:22
Sundaram (5) 1:16 9:23 53:3,13 61:5
superb (1) 47:15
supersede (1) 5:8
superseding (10) 4:4,12 5:19,25 6:3,5,25 7:1 10:16,23
supervisor (1) 26:15
support (2) 20:1 35:25
sure (12) 5:22 13:25 15:24 20:4 21:19 24:12 26:19 32:12 48:5 49:19 51:10,11
sushi (1) 15:14
swear (1) 43:9 49:22
sworn (3) 43:20 50:1 53:8
system (2) 33:1 45:18
systems (2) 24:5 35:20
s/Stephen (1) 61:18

T

T (1) 61:8
table (2) 56:6 60:8
take (22) 2:23 4:12 8:11,22,23,25 9:13 13:9 18:16 22:3 25:1 30:6 50:17,19,22,22 51:12,14,19 52:9,18 56:25
taken (3) 1:11 8:3 52:19
talk (11) 12:17 15:6,16 17:20 18:1 21:23 23:10 51:1,2 56:25,25
talked (2) 3:22 21:22
talking (1) 6:8
Tavernier (2) 19:20 40:19
teach (1) 42:2
teacher (1) 40:19
teaches (1) 37:16
teasing (1) 14:1
technology (2) 12:15 58:3
television (1) 12:1
tell (29) 9:19 10:9 12:17 13:23 14:7,25 21:24 23:8 23:19 28:10 35:7 39:3 44:4,12 50:12 51:4 52:3 54:10,15 55:4 56:11 58:14
teller (2) 26:15,15
telling (1) 30:2
ten (5) 18:9 26:4 28:15 34:25 50:19
tender (2) 31:18 49:21
tendered (1) 31:20
tenders (3) 34:10 43:12,17
terms (1) 56:14
Terrific (1) 21:5
testifies (1) 41:17
testify (4) 13:1 53:7 57:16 58:25
testimony (9) 3:6 13:3 39:13 55:12 58:4,5,6,8 59:8
Texas (1) 25:10
thank (45) 2:2 7:9 8:24 9:4 18:4 20:14 22:24 25:6 25:19 26:9 27:11,23,24 28:3,4 31:17,25 32:2 32:13 33:8 34:6,21,21,24 36:10 37:18,21 40:1,8 41:22,24 43:10,21 44:2 47:16,17 49:13 50:2,4 50:14 52:17,22 53:13 55:17 60:10
thanks (2) 34:17 49:5
therapist (1) 24:5
they'd (1) 12:17
thing (1) 2:5
things (11) 18:22 35:11,12 39:8,15 50:21 53:2 56:15,15 57:3,17
think (20) 2:5 9:4 12:14 20:8 24:15 25:4 26:25 27:15 48:12 49:7 53:16 36:3,18 41:3 44:22 46:22 47:15 48:12 49:7 53:4
thinking (2) 30:12 35:11
Thomesha (2) 8:19 26:11
thought (2) 37:4 39:16
three (20) 6:21,24 10:12 11:8 13:21 14:1,3 17:2 28:7 31:19,21,21 32:21 33:20 34:7 35:22 40:12 43:11 46:2 49:5
time (21) 10:25 13:21,23 17:21 18:13,13 21:3 28:25,25 30:20 31:23 32:7 38:10,10 42:8 50:5 52:5 53:5 55:2 60:2,5
times (2) 5:12 21:22
timing (1) 7:18
Timothy (2) 8:19 20:16
today (3) 6:3 22:2 23:9
told (10) 10:21 15:21 26:7 37:9 41:7 46:4,8 49:10

56:10 57:5
tomorrow (1) 3:19
tonight (2) 40:10 51:3
total (2) 3:10,11
totally (1) 58:14
tracks (1) 54:22
Tracy (2) 47:19 49:2
traditional (1) 11:21
transcript (2) 1:10 61:14
traveling (1) 54:1
trial (12) 1:11 2:21,24 3:20,24 4:3,24 5:13,20 7:18 11:1 45:13
trials (2) 3:5 30:8
tricks (1) 37:3
trip (3) 57:11 59:14
troopers (1) 24:8
trouble (1) 58:17
true (1) 59:23
truly (1) 31:1
truth (2) 30:3 59:21
try (7) 2:24 4:20 5:19 7:21 10:20 13:10 43:5
trying (2) 22:18 59:18
Tuesday (1) 39:8
Turner (3) 8:20 25:21 34:19
Turtle (1) 14:17
TV (1) 56:12
two (30) 3:1 6:25 7:2,3,6 8:14 13:10,14,21,25 14:3 14:19 17:1 19:6 21:1,22 23:3 24:9 25:23 26:8 32:15 36:17 37:15 41:8 42:3,17 43:23 47:18 49:22 54:14,14
type (1) 38:8
typical (1) 3:5
typographical (3) 4:9,16 5:24

U

Uhl (3) 35:6 37:23 40:7
Uh-huh (2) 29:16 45:11
uncle (1) 59:4
understand (16) 4:23 6:8 12:12 19:4,5,18 20:1,8 23:18 38:12 39:21 41:16,20 45:14 46:18 56:9
understanding (2) 31:16 45:17
unit (5) 54:6,20,22,23,23
United (22) 1:1,3,13 2:8,11 8:8 9:21 11:5,18 36:9 53:16,18,20,21 54:3,17 55:3,6,9 57:8 58:1 59:1
unpleasant (1) 45:2
unprejudiced (1) 48:13
unrelated (3) 2:6 3:13 7:15
use (1) 51:15
usual (1) 11:20
usually (2) 25:1 45:3
U.S (7) 5:5,8 7:12 9:22,23 28:13 54:18

V

v (1) 1:5
Valerie (2) 40:13 41:25
venire (1) 8:4
verdict (12) 13:6 15:21 18:1,21 22:5 23:15,17 23:23 33:25 39:13 44:17
verdicts (1) 60:9
versus (3) 2:8 7:12 8:9
vessel (13) 53:17,21,23,24 54:4,4,11,14,16,16,17 54:21 58:20
Veterans (1) 38:1
video (1) 58:7
videotape (2) 3:7 58:7
Viera (1) 10:12
violation (1) 11:17
violations (1) 28:24
Virginia (4) 22:11 48:2,3,11
visit (1) 38:9
Voir (2) 1:10 61:3
volunteer (1) 14:4
vote (2) 12:4 30:7
voted (1) 28:17

W

W (4) 1:21 61:12,18,19
Wagoner (2) 43:24 44:5
wait (2) 27:24 50:25
waiving (2) 4:18 5:24
walking (1) 39:5
want (32) 3:17 4:19,20 5:3,4,12,17,19 6:24 7:1,24 8:23 24:17 27:18 30:13 35:14 39:18 43:4 46:17 51:4,19 57:10
wants (2) 27:13 59:23
Warren (1) 38:8
Wars (1) 38:1
Washington (1) 30:7
watch (5) 12:13,18 45:13,13,21
watching (1) 12:24
water (4) 54:5 57:18 58:15,18
Waterfront (1) 61:1
way (11) 8:22 9:1 20:6 22:5 23:22 27:2,18,19 37:8 52:18
waypoints (1) 54:22
Wednesday (7) 32:8,8,13 34:24 40:11 47:14

50:11
**week (7)** 4:5,20 8:7 13:13 34:24 42:12 50:10
**weekend (1)** 6:20
**Welfare (1)** 38:2
**went (9)** 3:6 26:19 29:22 33:12,13 53:15 55:2,5
58:15
**weren't (1)** 39:16
**West (17)** 1:7,19,23 14:8 19:15 21:11 25:9 26:12
26:18,22 29:12 30:18 32:21,23 37:7,24 46:1
**we'll (20)** 5:19 7:14 20:6,7,7 27:14,23 32:7,12
34:23 40:10 45:19 47:13,15 50:21 51:14,15
52:15,18 60:4
**we're (16)** 2:21 4:22 6:14,18 7:25 12:19 13:11,19
15:7 22:3,18 30:24 47:24 49:4 50:18 57:16
**we've (6)** 2:24 4:13 6:25 40:2 47:3,25
**white (4)** 38:24 39:7 53:16,22
**Whoever's (1)** 36:11
**widow (1)** 44:9
**wife (4)** 24:10 33:20 35:22 46:2
**wish (5)** 7:12 27:19 32:5,14 51:2
**witness (5)** 24:21 39:4 58:4,8 60:2
**witnesses (12)** 3:7 12:12,25,25 53:6,10 56:14
57:16 58:3,24 59:11,13
**wives (1)** 23:10
**wonderful (2)** 24:10,10
**wondering (1)** 51:7
**words (2)** 19:4,20
**work (30)** 15:14,17 17:3,12,21 18:8,12,15 19:6,8
20:18 22:15 24:19,19 26:13 31:6 32:25 33:13
33:22 37:9,17,25 38:1,8,10 41:5 44:7 46:1
48:15,15
**worked (5)** 14:18 17:15 18:9 27:7 31:2
**worker (1)** 32:23
**working (6)** 2:16 19:7 20:20 24:13 33:14 37:18
**works (7)** 19:13 33:17 38:3 42:5 45:18,18 48:8
**world (1)** 35:19
**worry (1)** 14:2
**wouldn't (5)** 23:18,19 30:18 42:12 59:16
**write (1)** 27:13
**wrong (2)** 10:20 39:11

**X**

**X (2)** 61:2,8

**Y**

**Yandre (1)** 11:14
**yeah (8)** 19:14,19 31:14 33:4 36:19 41:14 45:4
46:23
**year (2)** 39:5 46:20
**years (24)** 5:7 14:19 18:9 22:10 25:9 26:4 27:9,10
28:14,15 29:3,4,14 31:3 32:21 35:19 36:7 37:4
37:24 42:3,16 43:2 46:9 47:25
**Yep (1)** 39:25
**York (2)** 16:24 17:18
**young (4)** 8:24 59:5,9,9
**y'all (1)** 21:21

**0**

**08-10017-CR-KING (1)** 1:2
**08-810017-Criminal (1)** 7:13

**1**

**1 (3)** 8:13 11:14 12:8
**1st (3)** 38:24 39:5,16
**1:20 (1)** 7:13
**1:30 (7)** 3:17 7:14,19,21,22,25,25
**1:32 (1)** 8:3
**10:25 (1)** 8:3
**11 (9)** 22:10 34:19,25 35:1 40:3,6 43:11,14,15
**11:00 (1)** 38:24
**12 (10)** 8:14 10:7 22:8 34:20 35:1 40:3 43:11,14
43:16 57:18
**12th (4)** 11:2 53:14 55:10 57:24
**15 (3)** 11:9,19 12:9
**150 (1)** 1:19
**17 (1)** 29:14
**18 (4)** 10:24 53:15,17 54:4
**18-year-old (1)** 15:2
**19 (1)** 46:19
**1980 (3)** 25:22 33:12,13
**1981 (4)** 24:3 36:14 37:2,3
**1985 (3)** 18:8 49:3,11
**1986 (1)** 36:16
**1987 (1)** 33:12
**1988 (1)** 44:6
**1990 (1)** 23:7
**1991 (2)** 26:5 42:3
**1993 (2)** 16:22 23:3
**1995 (2)** 19:2 40:20

**2**

**2 (1)** 6:21
**2:35 (1)** 52:19
**2:54 (1)** 52:19
**20 (1)** 1:8
**2000 (1)** 20:17

**2001 (1)** 37:18
**2002 (1)** 37:19
**2003 (1)** 21:8
**2008 (6)** 11:2 53:14 54:24 55:10 57:19,24
**2009 (1)** 1:8
**2010 (1)** 61:16
**21 (1)** 36:17
**24 (1)** 36:17
**25 (1)** 58:21
**28 (1)** 22:13

**3**

**3 (3)** 7:2 11:15 27:21
**30 (1)** 4:23
**30-day (1)** 5:1
**32 (2)** 28:14 42:16
**33130 (1)** 1:20
**33132 (1)** 1:17
**33401 (1)** 1:23

**4**

**4 (6)** 6:21 7:2,3,6 13:21 28:2
**4th (1)** 1:17
**40 (1)** 5:7
**404(b) (2)** 52:1,9
**417 (1)** 1:22
**45 (1)** 43:2

**5**

**5 (2)** 34:17 40:5
**5:00 (2)** 40:10 50:9
**53 (1)** 61:5
**55 (1)** 61:6
**561)514-3768 (1)** 1:22
**58 (1)** 46:9

**6**

**6 (3)** 8:13,13 9:13

**7**

**70s (1)** 46:22
**701 (1)** 1:22
**78 (2)** 33:12 46:25
**79 (3)** 14:14 46:23,25

**8**

**8 (1)** 61:3
**8th (1)** 61:16
**80 (1)** 46:24
**81 (1)** 36:15
**85 (1)** 36:15

**9**

**9 (4)** 6:21 7:3,6 51:15
**9:00 (1)** 32:8
**99 (1)** 1:17